# Fortuna Valentino
## Commission Statement
### 4th Qtr, 2006

| Invoice Number | Customer P.O. | Alpha Name | Ship Date | Qty | Price | Gross Amount | Allow | Other Allow | Net Sales | USD $'s 1.13166 | Commission Rate | Commission Amt | Item | Item Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 311498 | 6837427494 | Sam's PR | 11/28/06 | 108 | 8.50 | 918.00 | 0.005 | | 913.41 | 913.41 | 0.025 | 22.84 | | Camisole 2PK |
| 309843 | 6837827330 | Sam's PR | 10/17 | 36 | 8.93 | 321.48 | 0.005 | 0.04618 | 304.3934 | 304.3934 | 0.025 | 16.22 | | Camisole |
| 308776 | 6837827331 | Sam's PR | 10/17 | 36 | 8.93 | 321.48 | 0.005 | 0.04618 | 304.3934 | 304.3934 | 0.025 | 16.22 | | Camisole |
| C108274 | 573-0922-209 | Costco Canada | 11/16/06 | 144 | 15.23 | 2,196.00 | 0.0075 | 0.035 | 2102.57 | 1788.4408 | 0.025 | 44.71 | | Lounge Set |
| C108449 | 76-1020-072 | Costco Canada | 11/16/06 | 432 | 15.23 | 6,588.00 | 0.0075 | 0.035 | 6308.01 | 5363.3228 | 0.025 | 134.13 | | Lounge Set |
| 309853 | 2480707 | Price Smart | 10/3 | 2304 | 12.60 | 27946 | 0.005 | 0.035 | 27500.78 | 27500.78 | 0.025 | 134.13 | | Lounge Set |
| C108172 | 4844031161 | Sam's Canada | 10/3 | 1872 | 21.26 | 39780 | 0.006 | 0.03 | 33921.834 | 33921.834 | 0.025 | 1,378.49 | | Lounge Sets |
| C108272 | 7803912214 | Costco Canada | 10/8 | 878 | 18.26 | 8784 | 0.006 | 0.138 | 7532.28 | 8666.0166 | 0.025 | 1,866.00 | | Lounge Sets |
| C108273 | 8730930173 | Costco Canada | 10/8 | 878 | 18.26 | 8784 | 0.0075 | 0.138 | 7532.28 | 8666.0166 | 0.025 | 332.80 | | Lounge Sets |
| C108330 | 8711000068 | Costco Canada | 10/8 | 2448 | 16.26 | 37032 | 0.0075 | 0.034 | 37447.94 | 31685.996 | 0.025 | 332.60 | | Lounge Sets |
| 309848 | 8180482648 | Sam's USA | 10/8 | 120 | 8.28 | 960 | 0.006 | 0.034 | 985.06 | 31685.996 | 0.025 | 1,878.33 | | Lounge Sets |
| 309770 | 4780982729 | Sam's USA | 10/17 | 90 | 8.28 | 792 | 0.006 | | 788.04 | 986.08 | 0.025 | 28.66 | | Tank Tops |
| 309774 | 6490629063 | Sam's USA | 10/17 | 90 | 8.28 | 792 | 0.006 | | 788.04 | 788.04 | 0.025 | 23.64 | | Tank Tops |
| 309807 | 6490628264 | Sam's USA | 10/17 | 240 | 8.28 | 990 | 0.006 | | 985.05 | 788.04 | 0.025 | 23.64 | | Tank Tops |
| 309809 | 8244124174 | Sam's USA | 10/27 | 240 | 8.25 | 1,980.00 | 0.006 | | 1970.1 | 985.05 | 0.025 | 29.55 | | Tank Tops |
| 309860 | 8288068188 | Sam's USA | 10/27 | 144 | 8.25 | 1,188.00 | 0.006 | | 1182.06 | 1970.1 | 0.025 | 49.10 | | Tank Tops |
| 309861 | 8244124177 | Sam's USA | 10/27 | 219 | 8.25 | 1,782.00 | 0.006 | | 1773.09 | 1182.06 | 0.025 | 38.46 | | Tank Tops |
| 309960 | 8120621984 | Sam's USA | 10/27 | 66 | 8.28 | 792.00 | 0.006 | | 792.00 | 1773.09 | 0.025 | 63.19 | | Tank Tops |
| 309982 | 4781424858 | Sam's USA | 10/27 | 66 | 8.28 | 792.00 | 0.006 | | 788.04 | 788.04 | 0.025 | 23.64 | | Tank Tops |
| 310038 | 8496421318 | Sam's USA | 11/08/06 | 66 | 8.28 | 792.00 | 0.006 | | 788.04 | 788.04 | 0.025 | 23.64 | | Tank Tops |
| 310090 | 6907892601 | Sam's Club USA | 11/08/06 | 648 | 8.28 | 5,316.00 | 0.006 | | 5,319.27 | 788.04 | 0.025 | 23.64 | | Tank Tops |
| 310093 | 8334627649 | Sam's Club USA | 11/08/06 | 192 | 8.28 | 1,584.00 | 0.006 | | 1,576.08 | 5,319.27 | 0.025 | 132.98 | | Tank Tops |
| 310094 | 8332428617 | Sam's Club USA | 11/08/06 | 408 | 8.25 | 3,366.00 | 0.006 | | 3,349.17 | 1,576.08 | 0.025 | 39.40 | | Tank Tops |
| 311171 | 6906239989 | Sam's Club USA | 11/08/06 | 504 | 8.25 | 4,554.00 | 0.006 | | 4,137.21 | 3,349.17 | 0.025 | 103.43 | | Tank Tops |
| 311172 | 8496424427 | Sam's Club USA | 11/08/06 | 552 | 8.25 | 3,762.00 | 0.006 | | 4,137.21 | 4,137.21 | 0.025 | 113.28 | | Tank Tops |
| 311173 | 8496421821 | Sam's Club USA | 11/08/06 | 168 | 8.25 | 3,960.00 | 0.006 | | 4,933.23 | 4,137.21 | 0.025 | 123.13 | | Tank Tops |
| 311174 | 6906242569 | Sam's Club USA | 11/08/06 | 600 | 8.25 | 4,950.00 | 0.006 | | 3,940.00 | 4,933.23 | 0.025 | 88.51 | | Tank Tops |
| 311175 | 8226846043 | Sam's Club USA | 11/08/06 | 456 | 8.25 | 3,761.00 | 0.006 | | 3,940.00 | 3,940.00 | 0.025 | 98.51 | | Tank Tops |
| 311177 | 6459424814 | Sam's Club USA | 11/08/06 | 480 | 8.25 | 3,960.00 | 0.006 | | 3,743.19 | 3,743.19 | 0.025 | 93.58 | | Tank Tops |
| 311176 | 8231624427 | Sam's Club USA | 11/08/06 | 336 | 8.25 | 2,970.00 | 0.006 | | 2,955.15 | 2,955.15 | 0.025 | 73.88 | | Tank Tops |
| 318964 | 4847494466 | Sam's Club USA | 11/08/06 | 350 | 8.25 | 2,772.00 | 0.006 | | 2,758.14 | 2,758.14 | 0.025 | 34.48 | | Tank Top |
| 316113 | 6396423708 | Sam's Club USA | 12/28/07 | 264 | 8.25 | 2,178.00 | 0.005 | | 2,134.44 | 2,134.44 | 0.025 | 53.36 | | Tank Top |
| C108920 | 9350111633 | Costco Mexico | 12/11/06 | 3840 | 8.80 | 33,792.00 | 0.015 | 0.03 | 32,603.28 | 28,592.36 | 0.025 | 58.98 | | Tank Top |
| 308992 | 9350101634 | Costco Mexico | 12/11/06 | 260 | 22.50 | 5,850.00 | 0.005 | 0.03 | 28,592.36 | 28,592.36 | 0.025 | 718.88 | | Terry Set |
| 308764 | 6807827180 | Sam's USA | 1/24 | 750 | 22.50 | 17,550.00 | 0.005 | | 5,806.125 | 5,806.125 | 0.025 | 145.15 | | Terry Set |
| 308766 | 6807827181 | Sam's USA | 1/24 | 3720 | 12.80 | 4,7816 | 0.005 | | 17,418.375 | 17,418.375 | 0.025 | 435.46 | | Yoga Pants |
| 308946 | 8228027842 | Sam's USA | 10/4 | 1044 | 12.60 | 20272.2 | 0.005 | | 47377.92 | 47377.92 | 0.025 | 2,369.90 | | Yoga Pants |
| 308940 | 8228827843 | Sam's USA | 10/4 | 810 | 12.60 | 10444.2 | 0.005 | | 20173.824 | 20173.824 | 0.025 | 1,008.69 | | Yoga Pants |
| 3C89447 | 8228433301 | Sam's USA | 10/18 | 816 | 12.60 | 20401.2 | 0.005 | | 10382.578 | 10382.578 | 0.025 | 819.02 | | Yoga Pants |
| 3C89467 | 6440621606 | Sam's USA | 10/18 | 2304 | 12.80 | 36032.6 | 0.005 | | 28943.744 | 28943.744 | 0.025 | 1,467.10 | | Yoga Pants |
| | | | | 2,378 | 12.80 | | | | 37902.330 | 37902.330 | 0.025 | 1,995.12 | | Yoga Pants |

## Commission Statement
### 1st Qtr. 2007

| Invoice Number | Customer P.O. | Alpha Name | Ship Date | Qty | Price | Gross Amount | Allow | Other Allow | Net Sales | USD $ \$ 1.11602 | Commission Rate | Commission Amt. | Item | Item Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 314141 | 47868709 | Wal-Mart | 01/08/07 | 96 | 8.25 | 792.00 | 0.005 | 0 | 788.04 | 788.04 | 0.025 | 19.70 | Tank Tops, 3PK |
| 314001 | 6697860550 | Wal-Mart | 01/08/07 | 168 | 8.25 | 1,386.00 | 0.005 | 0 | 1,379.07 | 1,379.07 | 0.025 | 34.48 | Tank Tops, 3PK |
| 314111 | 6598632588 | Wal-Mart | 01/03/07 | 264 | 8.25 | 2,178.00 | 0.005 | 0 | 2,167.11 | 2,167.11 | 0.025 | 54.18 | Tank Tops, 3PK |
| 314151 | 6498654545 | Wal-Mart | 01/03/07 | 432 | 8.25 | 3,564.00 | 0.005 | 0 | 3,546.18 | 3,546.18 | 0.025 | 88.65 | Tank Tops, 3PK |
| 314416 | 6598651013 | Wal-Mart | 01/03/07 | 792 | 8.25 | 6,534.00 | 0.005 | 0 | 6,501.33 | 6,501.33 | 0.025 | 162.53 | Tank Tops, 3PK |
| C14817 | 832826465A | Wal-Mart | 01/03/07 | 648 | 8.25 | 5,346.00 | 0.005 | 0 | 5,319.27 | 5,319.27 | 0.025 | 132.98 | Tank Tops, 3PK |
| 280993 | 579X219103 | Costco Canada(COSG) | 02/24/07 | 110A | 8.50 | 19,584.00 | 0.0075 | 0 | 18,849.60 | 18,849.60 | 0.025 | 471.24 | Tank Tops, 3PK |
| 280993 | 579X219103 | Costco Canada(COSG) | 02/23/07 | 110A | 8.50 | 19,584.00 | 0.0075 | 0 | 18,849.60 | 18,849.60 | 0.025 | 471.24 | 3PK Tank Top |
| 314001 | 5710207151 | Costco Canada(COSG) | 02/23/07 | 738 | 8.50 | 6,528.00 | 0.0075 | 0 | 6,333.30 | 6,333.30 | 0.025 | 158.33 | 3PK Tank Top |
| 314150 | 8291212610 | Costco (Mex) | 02/03/07 | 2294 | 8.50 | 24,744.12 | 0.0075 | 0.055 | 22,733.05 | 22,733.05 | 0.025 | 568.33 | 3PK Tank Top |
| 314351 | 8291010613 | Costco (Mex) | 02/03/07 | 384 | 13.78 | 5,291.52 | 0.0075 | 0.055 | 4,935.51 | 4,935.51 | 0.025 | 123.39 | 2PK Lounge Set |
| 316471 | 6527616647 | Sam's P.R. | 01/03/07 | 2,466 | 8.25 | 20,592.00 | 0.005 | 0 | 20,489.04 | 20,489.04 | 0.025 | 512.23 | 3PK Lounge Set |
| 314181 | 6527616632 | Sam's P.R. | 03/13/07 | 708 | 10.50 | 19,467.00 | 0.005 | 0 | 19,169.67 | 19,169.67 | 0.025 | 484.24 | 2PK Lounge Set |
| 314991 | 8254624493 | Sam's USA | 03/01/07 | 708 | 11.40 | 8,518.40 | 0.005 | 0 | 8,575.31 | 8,575.31 | 0.025 | 214.38 | Lounge Sets |
| 316990 | 6809632095 | Sam's USA | 02/02/07 | 252 | 11.40 | 2,765.80 | 0.0075 | 0.03 | 2,576.87 | 2,576.87 | 0.025 | 71.46 | Lounge Suit |
| 314392 | 6897631122 | Sam's USA | 03/01/07 | 468 | 11.40 | 1,872.80 | 0.005 | 0 | 2,639.44 | 2,639.44 | 0.025 | 71.46 | Lounge Suit |
| 280996 | 6289632393 | Sam's USA | 02/02/07 | 768 | 11.40 | 8,543.40 | 0.0075 | 0.03 | 5,512.70 | 5,512.70 | 0.025 | 137.81 | Lounge Suit |
| 316714 | 8332632117 | Sam's USA | 02/02/07 | 954 | 11.40 | 8,518.40 | 0.005 | 0 | 8,575.31 | 8,575.31 | 0.025 | 214.38 | Lounge Suit |
| 280010 | 6597632157 | Costco Canada(COSG) | 04/08/07 | 2088 | 8.50 | 10,875.60 | 0.006 | 0 | 10,831.22 | 10,831.22 | 0.025 | 270.53 | Lounge Sets |
| 086024 | 3710201047 | Costco Canada(COSG) | 03/01/07 | 1172 | 8.50 | 2,448.00 | 0.0075 | 0.03 | 2,356.20 | 2,356.20 | 0.025 | 50.92 | 3PK Tank Top |
| 109099 | 8796051523 | Costco Canada(COSG) | 03/01/07 | 788 | 8.50 | 972.00 | 0.0075 | 0.03 | 9,424.80 | 9,424.80 | 0.025 | 202.07 | 3PK Tank Top |
| 109129 | 5700313155 | Costco Canada(COSG) | 03/01/07 | 3158 | 8.50 | 26,928.00 | 0.0075 | 0.03 | 25,932.20 | 25,932.20 | 0.025 | 556.70 | 3PK Tank Top |
| 109096 | 4894653217 | Costco Canada(COSG) | 03/01/07 | 1728 | 12.90 | 14,688.00 | 0.0075 | 0.03 | 14,182.20 | 14,182.20 | 0.025 | 283.64 | 3PK Tank Top |
| 110724 | 5211812053 | Costco Canada(Mex) | 03/27/07 | 1728 | 12.90 | 21,600.00 | 0.0075 | 0.03 | 20,844.00 | 20,844.00 | 0.025 | 363.11 | 3PK Tank Top |
| 317257 | 6537820581 | Sam's PR | 03/05/07 | 768 | 18.03 | 13,847.04 | 0.0075 | 0.03 | 13,744.59 | 13,744.59 | 0.025 | 343.58 | 3PK Tank Top |
| 017257 | 6537820581 | Sam's PR | 03/05/07 | 36 | 8.93 | 321.48 | 0.001 | 0 | 313.87 | 313.87 | 0.025 | 8.00 | PJ Set |
| 017113 | 6537828878 | Sam's PR | 03/12/07 | 36 | 8.93 | 321.48 | 0.001 | 0 | 313.87 | 313.87 | 0.025 | 8.00 | Camisole |
| 039858 | 2406520688 | Sam's USA | 03/01/07 | 3736 | 10.50 | 39,123.00 | 0.006 | 0 | 38,927.38 | 38,927.38 | 0.025 | 973.18 | Pajama Lounge |
| 039867 | 6598632427 | Sam's USA | 03/01/07 | 788 | 8.25 | 6,339.00 | 0.005 | 0 | 6,304.32 | 6,304.32 | 0.025 | 157.61 | 3PK Tank Top |
| 039966 | 6398627123 | Sam's USA | 03/01/07 | 788 | 8.25 | 6,339.00 | 0.005 | 0 | 6,304.32 | 6,304.32 | 0.025 | 157.61 | 3PK Tank Top |
| 316990 | 8222062703 | Sam's USA | 03/01/07 | 384 | 8.25 | 6,336.00 | 0.005 | 0 | 6,304.32 | 6,304.32 | 0.025 | 157.61 | 3PK Tank Top |
| 216991 | 6497621076 | Sam's USA | 03/01/07 | 768 | 8.26 | 6,336.00 | 0.005 | 0 | 3,152.16 | 3,152.16 | 0.025 | 78.80 | 3PK Tank Top |
| 017102 | 6496621244 | Sam's USA | 03/01/07 | 384 | 8.26 | 3,168.00 | 0.005 | 0 | 3,152.16 | 3,152.16 | 0.025 | 78.80 | 3PK Tank Top |
| 017104 | 8254625580 | Sam's USA | 03/01/07 | 384 | 8.26 | 3,168.00 | 0.005 | 0 | 3,152.16 | 3,152.16 | 0.025 | 78.80 | 3PK Tank Top |
| 017108 | 6609820860 | Sam's USA | 03/01/07 | 384 | 8.26 | 3,168.00 | 0.005 | 0 | 6,304.32 | 6,304.32 | 0.025 | 157.61 | 3PK Tank Top |
| 017103 | 6524820814 | Sam's USA | 03/01/07 | 768 | 8.26 | 6,336.00 | 0.005 | 0 | 3,152.16 | 3,152.16 | 0.025 | 78.80 | 3PK Tank Top |
| 017423 | 8330828647 | Sam's USA | 03/01/07 | 240 | 8.25 | 1,980.00 | 0.006 | 0 | 1,970.10 | 1,970.10 | 0.025 | 49.25 | 3PK Tank Top |
| 017624 | 8224828061 | Sam's USA | 03/01/07 | 288 | 8.25 | 2,376.00 | 0.006 | 0 | 2,364.12 | 2,364.12 | 0.025 | 59.10 | 3PK Tank Top |
| 316423 | 8228821828 | Sam's USA | 03/01/07 | 624 | 8.26 | 5,148.00 | 0.006 | 0 | 5,122.26 | 5,122.26 | 0.025 | 128.06 | 3PK Tank Top |
| 314426 | 8235520788 | Sam's USA | 03/01/07 | 264 | 8.25 | 2,178.00 | 0.006 | 0 | 2,167.11 | 2,167.11 | 0.025 | 54.18 | 3PK Tank Top |
| 314427 | 8231827626 | Sam's USA | 03/01/07 | 144 | 8.25 | 792.00 | 0.005 | 0 | 788.04 | 788.04 | 0.025 | 19.70 | 3PK Tank Top |
| 314428 | 8492826019 | Sam's USA | 03/01/07 | 240 | 8.25 | 1,188.00 | 0.005 | 0 | 1,181.06 | 1,181.06 | 0.025 | 19.51 | 3PK Tank Top |
| 316450 | 8208826600 | Sam's USA | 03/01/07 | 264 | 8.25 | 1,980.00 | 0.005 | 0 | 1,970.10 | 1,970.10 | 0.025 | 49.25 | 3PK Tank Top |
| 314451 | 8492820111 | Sam's USA | 03/01/07 | 96 | 8.25 | 2,178.00 | 0.005 | 0 | 2,167.11 | 2,167.11 | 0.025 | 54.18 | 3PK Tank Top |
| 314432 | 8490817766 | Sam's USA | 03/01/07 | 144 | 8.26 | 792.00 | 0.005 | 0 | 788.04 | 788.04 | 0.025 | 84.18 | 3PK Tank Top |
| 314433 | 8494627267 | Sam's USA | 03/01/07 | 96 | 8.25 | 1,188.00 | 0.005 | 0 | 1,181.06 | 1,181.06 | 0.025 | 19.70 | 3PK Tank Top |
| 314438 | 6496626051 | Sam's USA | 03/07/07 | 96 | 8.25 | 792.00 | 0.006 | 0 | 788.04 | 788.04 | 0.025 | 29.55 | 3PK Tank Top |
| 316906 | 08610198019 | Costco U-Less | 03/07/07 | 652 | 8.25 | 4,654.00 | 0.006 | 0 | 4,531.23 | 4,531.23 | 0.025 | 113.28 | 3PK Tank Top |
| 316053 | 8910524020 | Costco U-Less | 02/08/07 | 1334 | 10.50 | 11,907.00 | 0.008 | 0 | 11,283.20 | 11,283.20 | 0.025 | 282.06 | Lounge Wear |
| 318110 | 2812616 | Price Smart | 3/20 | 1160 | 10.50 | 13,250.00 | 0.008 | 0 | 11,847.47 | 11,847.47 | 0.025 | 296.19 | Lounge Wear |
| | | | | | | 13,163.83 | | | 13,163.83 | 13,163.83 | 0.025 | 331.10 | Lounge Wear |
| | | | | | | | | | | | | 9,377.89 | |



ROSENBLATT, INC.
145 EAST 92ND STREET
NEW YORK, NY 10128
TEL. 212-722-3449
FAX 212-996-1574
Rosenblattinc@worldnet.att.net
IRS # 13-3443822

## INVOICE NUMBER 1843

MAY 30, 2007

FASHION WORLD LTD. (A BVI CORP.)
VANTERPOOL PLAZA 2ND FLOOR
VICKHAMS CAY 1
TORTOLA, BVI

ATTN: DR. BRUNO CONDI

RE: FOR SERVICES OF CONSULATION AND ASSISTANCE WITH IMPLAMENTING THE
LICENSING BETWEEN FASHION WORLD LTD./F by FORTUNA VALENTINO AND
ZIARI, LLC.

10% COMMISSION————————9,877.89

TOTAL DUE ROSENBLATT, INC.————————$987.79 USD

WIRING INSTRUCTIONS
BANK: HSBC BANK USA, N.A.
BRANCH ADDRESS: 550 SEVENTH AVENUE
NEW YORK, NY 10018
ACCT. NAME: ROSENBLATT, INC.
ACCT. NO.: 007-87134-1
SWIFT NO.: MRMDUS33

**Exhibit G**

Our Business Is Saving
Your Business Money.™



CLUB MANAGER BRYAN MOHAMMED
( 914 ) 692 - 0023
Fax and Pull # (914)692-0029
ELMSFORD, NY
09/20/06 11:12 0663 6674 010          2341

V MEMBER  101-10348966624

# THANK YOU,
DRAGO BRUNO CONDI

**SUSPEND ITEMS FOLLOW**
2 @ 11.32
769173 VALENTINO 2
**SUSPEND ITEMS COMPLETE**          34.64 R
SUBTOTAL          34.64
TAX 2   3.375 %                    1.17
TOTAL          35.81
DEBIT TEND          35.81
CHANGE DUE           0.00

EFT DEBIT            PAY FROM PRIMARY
ACCOUNT :                 6224
35.81   TOTAL PURCHASE
REF # 626300884349
NETWORK ID. 0082 APPR CODE 016972
09/20/06          11:13:28

# # ITEMS SOLD 2

TC# 8887 6222 7596 2901 6242

Gear up for same day at Sam's Club!
09/20/06          11:13:31

**Exhibit H**



home | pay | register | sign in | site map

**Buy**   Sell   My eBay   Community   Help

Start new search    [ Search ]
Advanced Search

Java™  POWERED BY ☀ Sun

⟲ Back to home page          Listed in category: Clothing, Shoes & Accessories > Women's Clothing > Plus Sizes > Shirts, Tops

## Thermal Shirt/Top by Fortuna Valentino Size XL Blue

Item nur

Bidder or seller of this item? Sign in for your status

### Bidding has ended for this item

If you are a winner, Sign In for your status.

[ Sign In ]

Buyer or seller of this item? Sign in for your status.

## Save on shipping – buy additional items now from this seller's other listings!





New A-Line Belted Career Skirt Diane Richard Size 14 | Orvis Career/ Casual Skirt Paisly Size 16 | Laura Scott Career Slacks/Pants Plus Size 24WP Black | Sag Harbor V Blue Floral Si

**1** bids:     **US $0.99**
Time left:   6d 50m

1 bids:     **US $0.99**
Time left:   3d 2h 48m

0 bids:     **US $1.00**
Time left:   1d 2h 23m

2 bids:
Time left:

**View more items from this seller**

Additional options:
▫ Sell an item like this one.

### Similar items from all eBay sellers

| Item Name | Price | End Date | Help |
|---|---|---|---|
| WOMENS/LADIES THERMAL LONG SLEEVE TOP/SHIRT SIZE XL | US $8.99 | Nov-30-06 19:44:32 PST | |
| Delias REALITEE shirt top THERMAL XL Big Owl brick NWT | US $12.99 | Nov-15-06 08:50:42 PST | |
| Ladies Layered Look Thermal Style Shirt Size XL | US $6.00 | Dec-04-06 19:40:12 PST | |
| Womens Clothing Top Shirt Blue Sweater Size XL NWOT | US $14.99 | Nov-12-06 21:01:19 PST | |

Winning bid:    US $1.30

**Meet the seller**

Seller:    desertgrace ( 645 ⭐ )



me

| | | | |
|---|---|---|---|
| Ended: | Nov-08-06 16:07:35 PST | Feedback: | 100% Positive |
| Shipping costs: | Calculate | Member: | since Aug-25-05 in United States |
| Ships to: | Worldwide | | |
| Item location: | Arizona, United States | | Read feedback comments |
| History: | 2 bids | | Ask seller a question |
| Winning bidder: | kittentpe ( 515 ☆ ) me | | Add to Favorite Sellers |
| | | | View seller's other items |

You can also:    Email to a friend |
Sell one like this

**Buy safely**

1. **Check the seller's reputation**
   Score: 645 | 100% Positive
   Read feedback comments

2. **Check how you're protected**

   *PayPal*    This item is covered up to **$1,000** See eligibility

   Returns:    Seller accepts returns.
   7 Days Money Back

View larger picture

Listing and payment details:    Show

## Description (revised)

*Item Specifics - Women's Shirts, Tops*

| | | | |
|---|---|---|---|
| Type: | **Casual** | | |
| Sleeve Length: | **Long Sleeve** | Size Type: | **Misses** |
| Condition: | **Excellent** | Size: | **XL** |



Welcome to my auctions

# Thermal Shirt/Top by Fortuna Valentino Size XL Blue



**Item Details**

**Thermal shirt**
**by Fortuna Valentino**
**Size Extra Large**

Blue shirt has tiny buttons in the front,
60% cotton, 40% polyester.
Gently worn, in excellent condition.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Check out my _other items_!**

**Please add me to your _favorites list_!**





## Payment & Shipping

High bidder to pay auction plus shipping and handling costs within 3 days of winning item (calculated at close of auction). I charge a modest fee of .75 for packaging and handling, it is included in the shipping calculation. Delivery confirmation is free.

Item will be mailed priority mail within two business days upon receipt of Payment by Paypal, money order, or cashier's check. Insurance is available at an additional cost, if insurance is declined buyer assumes responsibility for damage or loss. All items guaranteed to arrive as described with refunds cheerfully granted if item received is materially different than listed. Items must be returned within 7 days of original delivery. If you have any questions regarding these terms and conditions, please contact me via email before bidding. I will combine shipping at $1.00 per item if you are interested in multiple items, just email me and let me know. Thank you for visiting my auction and happy bidding!!!!!

Affordable Auction Management and Image Hosting Solutions @ inkFrog

00000045

## Shipping, payment details and return policy

**Save on shipping** - **buy additional items now from this seller's other listings!**
Learn about shipping discounts

**Ships to**
Worldwide

Country: United States

[Update]

Zip or postal code:

| Shipping and Handling | To | Service |
|---|---|---|
| Enter zip code | United States | US Postal Service Priority Mail® <br> Estimated delivery 2-3 days* |
| Enter zip code | United States | USPS Airmail Letter Post <br> 4 to 10 business days* |

Shipping cannot be calculated for your area. You can contact the seller for additional shipping costs and services.

**Shipping insurance**
Not offered

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
Not offered

**Seller's payment instructions**
I accept Paypal, money orders or personal checks. I will ship the first business day after payment is received, if you send a personal check I will ship after check clears the bank. Most of my items are used and I have made every effort to describe accurately, if you have questions please email me. All my items are from a smoke free environment. Happy bidding!!! Than you!!

**Seller's return policy:**
Item must be returned within: 7 Days
Return Policy Details:                                           Refund will be given as: Money Back
                          I will happily refund your money if your item is returned in 7 days. Buyer to pay all shipping costs.

## Payment methods accepted

This seller, desertgrace, prefers PayPal.



- Personal check
- Money order/Cashiers check

Learn about payment methods.

**Where to go next?**

← Back to home page  |  Printer Version  |  Safe Trading Tips

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Popular Searches | Australia | Austria | China | France | Germany | Ir
Italy | Spain | United Kingdom
Kijiji | PayPal | ProStores | Rent.com | Shopping.com | Skype

About eBay ! Announcements ! Security Center ! Policies ! Site Map ! Help

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

ebaY

home | pay | register | sign out | site map

**Buy** | Sell | My eBay | Community | Help

Start new search    Search
Advanced Search

Java™    POWERED BY ◇ Sun

Back to My eBay    Listed in category: Clothing, Shoes & Accessories > Women's Clothing > Intimates > Sleepwear, Robes

## fortuna valentino thermal sleep lounge set sz L new

Item number: 180087597656

✓ **You won the item!**

Email to a friend | Printer Version

[ Pay Now > ]  or continue shopping with this seller
Click the Pay Now button to confirm shipping, get the total price, and arrange payment through: PayPal; money order.

**Find more items from the same seller. Bid or Buy Now!**

3 Bally Sport bras - size XXL 40 - new | 4 Bally Sport bras - size L 36 - new | 2 Bally Sport bras - size XL 38 - new | mens Husqvarna emblem l/s t-shirt gray husky XXL nwot

| 2 bids: | US $5.50 | 0 bids: | US $3.99 | 0 bids: | US $3.99 | 1 bids: | US $4.49 |
| Time left: | 2d 19h 2m | Time left: | 2d 19h 5m | Time left: | 2d 19h | Time left: | 5d 15h 1m |

View more items from this seller

Other actions for this item:

You can manage all your items in My eBay and do the following:

Request total payment amount from the seller.

Mark payment sent for this item.

Leave feedback for this item.

Contact Seller about this item.

**Additional Options:**

To view other items from this seller, view seller's other items.

If this listing is similar to an item you want to sell, list an item like this.

You may add this seller to your Favorite Sellers in My eBay.



View larger picture

| Winning bid: | US $12.50 |
| Ended: | Feb-26-07 08:12:29 PST |
| Shipping costs: | US $6.50 |
| | Standard Flat Rate Shipping Service |
| | Service to United States |
| Ships to: | United States |
| Item location: | Marshall, AR, United States |
| History: | 4 bids |
| Winning bidder: | kitty710 ( 511 ☆ ) |

You can also:    Email to a friend | Sell one like this

Listing and payment details:  Show

## Description

~~m Specifics - **Women's Sleepwear**
Style: **Pajama Set**
Size: **L**

Condition: New: Without Tags

**Meet the seller**

Seller:    ez3071 ( 15953 ☆ )  🅿 Power Seller me
Feedback: **99.5% Positive**
Member:  since Apr-15-03 in United States
Read feedback comments
Ask seller a question
Add to Favorite Sellers
View seller's other items

**Buy safely**

1. **Check the seller's reputation**
   Score: 15953 | 99.5% Positive
   Read feedback comments

2. **Check how you're protected**
   *PayPal* This item is covered up to $2,000 See eligibility



Up for your consideration is a:

## Fortuna Valentino Thermal Sleep / Lounge Set

*This set features a thermal hooded knit top. Henley ~ long sleeve style. Pants have an elastic drawstring waist. Super soft and cozy. This set is size L and blue and pink in color. See photo of color. New out of packaging.*

*Thanks for stopping by. Happy Bidding!*

00298
The power of protection from AOL and eBay. Learn more

## Shipping, payment details, and return policy

**Ships to**
United States

Country:  United States       [ Update ]

| Shipping and Handling | To | Service |
| --- | --- | --- |
| US $6.50 | United States | Standard Flat Rate Shipping Service |

**Shipping insurance**
Not offered

**Seller's payment instructions**
We ship to anywhere in the U.S. for this item. We prefer paypal, but we accept money orders. If you pay with a money order please include a separate sheet of paper with your name, address and item number. Thank You! ez3071

**Sales tax**

Seller charges sales tax for items shipped to: AR* (7.000%).
* Tax applies to subtotal + S&H for these states only

**Payment methods accepted**
This seller, ez3071, prefers PayPal.

| Payment method | Preferred/Accepted | Buyer protection on eBay |
| --- | --- | --- |
| | Seller Preferred | *PayPal* This item is covered up to $2,000 See eligibility |



Money order/Cashiers check       Accepted       Not Available

Learn about payment methods.

## eBay recommended services

**Register Now**   Register on eBay now, it is free

**Download Now**   Stay safe with the eBay Toolbar

**PayPal**   PayPal is the safe way to pay online. Your financial information is never shared with sellers. Plus you get free buyer protection on qualified listings.

## Where to go next?

Back to My eBay  |  Report this item  |  Printer Version  |  Safe Trading Tips

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

Yahoo! Auctions - ONE LONG SLEEVE THERMO HENLEY...

Parfun USA

Yahoo!  My Yahoo!  Mail    Make Y! your home page    Searc

# YAHOO! SHOPPING
**Sign In**
New User? Sign Up
Auctions

*Vice President*
**Hiro Tsuchiya**

Jewelry & Watches | Sports Cards | Clothing | Books & Comics | Toys

**Search**                          Other

Parfun USA Co.,Ltd.
New York Office
350 Fifth Avenue, Suite 6106
New York, NY 10118
TEL : 212-268-8880 FAX: 212-268-9042
Mobile Phone : 917-696-7046
E-Mail : hiro-tsuchiya@parfun-usa.com

Auctions > Clothing & Accessories > Women's > Sleepwear > Other

# ONE LONG SLEEVE THERMO HENLEY TOP SIZE M

[ Report Terms of Service and Abuse Violations ] [ Email to a Friend ] [ Add to My Calendar ] [ Add to Watchlist ]

## Seller Info

Seller (rating): **trains1945** (60)    ⊙Send IM

Yahoo! Auctions Member since December 18, 2000

Seller's Current Auctions | Seller's Closed Auctions

Comments About Seller | Ask Seller a Question

Yahoo! Buyer Protection Program

## Payment Types Accepted

* Accepts PayPal
* Accepts Cashiers Checks and Money Orders

## Shipping Info

* Buyer Pays Shipping
* Seller Ships on Payment
* Seller will ship internationally

**Item Information**

## Auction Info

| | |
|---|---|
| Current Bid: | $2.99  Quick Bid |
| Starting Price: | $2.99 |
| High Bidder: | none |
| # of Bids: | 0  (Bid History) |
| Bid Increment: | $0.25 |
| Time Left: | 1d 18h 27m 55s (Countdown Ticker) |
| Opened: | Dec 15 10:48 AM |
| Closes: | Dec 25 10:48 AM |
| Available Qty: | 1 |
| Location: | valley city, OH |
| ID #: | 102442927 |

**Notes:**

* Seller can close auction early.
* Auction may get automatically extended.

Bid History              Question & Answer

Condition: New Without Tags (NWOT).

## Place a Bid

Minimum Bid:   $2.99

Maximum Bid:   $          USD

◉ Bid up to this amount on my behalf
○ Bid this exact amount

**[ Preview Bid ]**

Need Help? View the Bidders' Guide

SPONSOR RESULTS

**Women's Sleepwear** at **L.L.Bean**
L.L.Bean: Official Site - Save up to 60% at the Annual Winter Sale.
www.llbean.com

**Sleepwear Women's - SHOP.COM**
Thousands of Brands, Hundreds of Stores, The Convenience of OneCart(TM).
www.shop.com

**Women's Sleepwear - Bargain Prices**
Enjoy savings on Womens Sleepwear - Deals on Womens Sleepwear...
www.shopzilla.com

**Women's Sleepwear; Luxurious Pima Cotton**
Free shipping over $50, 100% guaranteed. Experience very soft, luxurious...
alpacadirect.com

**Women's Sleepwear - Shadowline Lingerie**

Yahoo! Auctions - ONE LONG SLEEVE THERMO HENLEY TOP SIZE M... Page 2 of 2

Case 1:07-cv-06108-PKC    Document 1-2    Filed 06/28/2007    Page 22 of 32



This Thermal top is by FORTUNA VALENTINO. White in color. Size M Cotton and polyester. If you have any questions, please email me. I take paypal, money order, and cash. High bidder pays shipping. I will combine ...tions

Fine intimate apparel. Panties, slips, gowns, robes, pajamas and more in...
www.shadowlineling...

**Women's Sleepwear. Compare Prices** Find Bargains on Womens Pajamas and other Clothing and...
www.bizrate.com

**Women's Sleepwear** Shop now for Crabtree & Evelyn pajamas. Free Shipping on orders over $65.
www.crabtree-evelyn...

**Women's Sleepwear - WinterSilks** Buy women's sleepwear at WinterSilks and discover the comfort...
www.wintersilks.com

See your message here...

Copyright © 2006 Yahoo! Inc. All rights reserved.
Copyright/IP Policy - Privacy Policy - Terms of Service and Additional Terms - Guidelines - Help - Ad Feedback

**Exhibit I**

# Marshalls

| | |
|---|---|
| Dept Number | 19 |
| Order Date | 12/18/26 |
| Start Ship Date | 02/25/07 |
| Cancelled if not | |
| Received by | 03/22/07 |
| Consolidator | |
| G.O.H. | N |
| F.O.B Point | CA |

## DISTRIBUTION AND ROUTING INSTRUCTIONS

01/18/07    11:26 AM    PAGE 01

### DOMESTIC PURCHASE ORDER

**P.O. # 01** 8835670
Ship Merchandise to:

*Marshalls* MAR LAS VEGAS
Distribution Center # 881
4168 LONE MOUNTAIN ROAD
NORTH LAS VEGAS, NV 89031

**P.O. # 86** 8835670
Ship Merchandise to:

*Marshalls* BRIDGEWATER
Distribution Center # 886
781 N. MAIN STREET
BRIDGEWATER, VA 22812

**P.O. # 87** 8835670
Ship Merchandise to:

*Marshalls* ATLANTA
Distribution Center # 887
2300 MILLER ROAD
DECATUR, GA 30035

**P.O. # 89** 8835670
Ship Merchandise to:

*Marshalls* WOBURN
Distribution Center # 889
85 COMMERCE WAY
WOBURN, MA 81801

| Ln | Vendor Style# | Description | Color | Size | MLV 881 | BRI 886 | ATL 887 | WOB 889 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ML-1292 A | PAMPLONA ANIMAL STCHL | BLACK | | | 97 | 241 | 126 | 600 |
| 2 | ML-1292 A | PAMPLONA ANIMAL STCHL | KHAKI | | | 146 | 361 | 189 | 928 |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |

**IMPORTANT VENDOR INSTRUCTIONS**

NO PARTIAL SHIPMENTS WILL BE ACCEPTED

SHIPPING and ROUTING:

All vendors must be thoroughly familiar with our routing guide, as it is part of this order.

Any questions regarding carrier or routing call the Traffic Dept. at 1-800-333-1510 or visit our web-site: www.TJXLogistics.com

PRE-TICKETING:

Please contact our Pre-Ticket Help Desk for:
- All pre-ticketing questions
- Tracking ticket shipments

TO CONTACT OUR PUB-TICKET HELP DESK:

| | |
|---|---|
| Phone: | 1-800-982-0660 or 1-508-707-6028 |
| E-mail: | ticket_info@tjx.com |
| Fax: | 1-508-791-2411 |

**IMPORTANT TICKETING REMINDERS:**

NEVER mix T.J. Maxx and Marshalls tickets within in order.

NEVER substitute tickets

**ACCOUNTS PAYABLE:**

All documents, such as invoices, correspondence, shipping documents, etc. must include the complete P.O. number and department number.

Manhattan: Must include the distribution center prefix (01, 03, 05, 07, 09). Example P.O. 05-220333, Dept. 20

Mail all original invoices to P.O. Box 9128, Framingham, MA 01701.

DO NOT send invoices with cartons as this will delay payment.

Invoices must designate Marshalls, must relate to only one DC PO and only one DC destination.

If you have questions regarding Marshalls distribution center,
If merchandise is returned after the 15th of the month, E.O.M. terms begin on the first of the following month.

Payment terms are based on receipt date at each designated Marshalls distribution center.

To: US MERCHANTS INC
Attn: LISA NUNZIATA
WKsht: W642856257
Fax #: 1-212-714-1124

Special Vendor Instructions:

Mark All Cartons as Indicated Below:

**From:**
Your Company Name _____ Dept. #: _____
Address _____ Order #: _____
City, State, ZIP Code _____ Vendor Style #: _____
Country _____ Quantity: _____
Carton # _____

**To:** *Marshalls*
Distribution Center # _____
Address _____
City, State, Zip Code _____

This order is subjected to all terms and conditions stated in the attached legal and vendor/operational information
IMPORTANT DO NOT SHIP OR INVOICE WITHOUT ROUTING AND DISTRIBUTION INSTRUCTIONS. PLEASE CALL BUYER IF INSTRUCTIONS ARE NOT RECEIVED WITHIN 5 DAYS. NO PARTIAL SHIPMENTS WILL BE ACCEPTED.

# Marshalls.

An affiliate of the TJX Companies, Inc.

PO: 803670    Vendor: US MERCHANTS INC    Page 1 of 7

**DEPT. NO:** 19

Domestic PO Number: 803670
WORKSHEET #: w642856237

### FOB POINT

| CITY: | STATE: CA | DDP/POE: No |
| | WHSE: | |

**VENDOR:**
US MERCHANTS INC

**VENDOR FAX #:**
2127142120

**NO:** 0H29

**BUYER:** MAUREEN CONVERSE
NO 348

Vendor Contact:Lisa Nunziata
Vendor Email:
Lisa.Nunziata@Gmail.com

### PRE-TICKET INFORMATION

PRE-TICKET: No
VENDOR MAKES TICKETS: No
VENDOR NEEDS TICKETS BY:

### SPECIAL VENDOR INSTRUCTIONS (150 Characters)

VENDOR PACK: No    PRE PACK: No    Total Units: 1500

PRE-TICKET INSTRUCTIONS :

| ORDER DATE | START SHIP DATE | CANCEL CONSOLIDATOR | | PAYMENT TERMS | | |
|---|---|---|---|---|---|---|
| Dec-18-2006 | Feb-25-2007 | Mar-12-2007 | | Disc | Days | From Due |
| | | | | 0.0 | 30 | G |

**Vendor Verification:**

Date:

Buyer:

Date:

Merchandise Manager:

Date:

PO: 803670  Vendor: US MERCHANTS INC

Page 2 of 7

# IRREGULARS, SCHEDULES, TEARS, STAINS, OR BROKEN ZIPPERS.

## SAMPLE DATE(S) / / MGR. THIS ORDER IS SUBJECT TO MANUFACTURING & PRODUCTION SAMPLES) APPROVAL

| PAGE-LINE | CATG | STYLE | TY PE | UNIT COST | VENDOR STYLE | COLOR | DETAILED DESCRIPTION | CONTENT | MSTR LBL/CODE | UNITS | VEND PACK | PRE-PACK | MSTR CTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | fortuna valentino | Sets: | Boxed: | End/Coord: | |
| | | | | | | | Inspection Required By: | Stuff Ani: N | Hang Tags Description: fortuna valentino | Hang Tags: Y | | | |
| | | | | | | Ticket Type: 8 | Ticket Message 1: Ticket Message 2: | | Label Desc: fortuna valentino | Label: Y | | | |
| 0660 | 0 | 1 | 33.00 | ml-1292 m | khaki | pamplona animal aicht | Inspection Required By: | Stuff Ani: N | fortuna valentino | 900 | Boxed: | End/Coord: | |
| 1:2 | | | | Pre Prod Sample: | Ticket Type: 8 | | Ticket Message 1: Ticket Message 2: | | Hang Tags Description: fortuna valentino | Hang Tags: Y | | | |
| | | | | When Sold: | | | | | Label Desc: fortuna valentino | Label: Y | | | |

*(handwritten)* ML10920 - BLK 600 800

*(handwritten)* Khaki 900 900

# DISTRIBUTION AND ROUTING INSTRUCTIONS

11/29/06     11:11 AM     PAGE 01

# DOMESTIC PURCHASE ORDER

**P.O.# 40 711354**
Ship Merchandise to:

**T·J·maxx** CHARLOTTE
Distribution Center # 894

14730 CAROLINDS BLVD.
CHARLOTTE, NC 28273

**P.O.# 60 711354     PAGE 01**
Ship Merchandise to:

**T·J·maxx** WORCESTER
Distribution Center # 896

135 GODDARD DRIVE
WORCESTER, MA 01685

**P.O.# 70 711354**
Ship Merchandise to:

**T·J·maxx** EVANSVILLE
Distribution Center # 897

3301 MAXX ROAD
EVANSVILLE, IN 47711

**P.O.# 80 711354**
Ship Merchandise to:

**T·J·maxx** MAXX LAS VEGAS
Distribution Center # 898

4100 LONE MOUNTAIN ROAD
NORTH LAS VEGAS, NV 89031

Dept Number          19
Order Date           12/13/06
Start Ship Date      02/25/07
Cancelled if not
Received by
Consolidator
G.O.H.               N
F.O.B Point          CA
Vendor Style# 03/15/27

| Ln | Vendor Styl/e# | Description | Color | Size | CHA 894 Total | WOR 896 | EVN 897 | TLV 898 |
|----|----------------|-------------|-------|------|------|------|------|------|
| 1 | 12798 | NAT PIEDMONT SATCHL | NATURAL | | 608 | 151 | 118 | 87 |
| 2 | ML_1279A | BLK NAPPT SATCHL | BLACK | | 1200 | 301 | 235 | 244 |
| 3 | ML_1278A | RED NAPPT BSKT BAG | RED | | 908 | 226 | 176 | 499 |
| 4 | ML_1298A | WHT LYNX SATCHL | WHITE | | 600 | 152 | 117 | 367 |
| 5 | | | | | | | | 244 |
| 6 | | | | | | | | 87 |
| 7 | | | | | | | | 175 |
| 8 | | | | | | | | 131 |
| 9 | | | | | | | | 87 |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |

## IMPORTANT VENDOR INSTRUCTIONS

### NO PARTIAL SHIPMENTS WILL BE ACCEPTED

**SHIPPING and ROUTING:**

- All vendors must be thoroughly familiar with our routing guide, as it is part of this order.
- Any questions regarding carrier or routing call the Traffic Dept. at 1-800-333-1510 or visit our web-site, www.TJXLogistics.com

**PRE-TICKETING:**

- Please contact our Pre-Ticket Help Desk for:
  - All pre-ticketing questions
  - Tracking ticket shipments

### TO CONTACT OUR PRE-TICKET HELP DESK:

Phone:   1-800-285-0830 or 1-508-797-5628
E-mail:  Ticket.Info@tjx.com
Fax:     1-508-791-0811

## IMPORTANT TICKETING REMINDERS:

- NEVER mix T.J. Maxx and Marshalls tickets within an order
- NEVER substitute tickets
  - NEVER pack T.J. Maxx merchandise with Marshalls merchandise
  - ALWAYS throw away extra tickets when order is complete

## ACCOUNTS PAYABLE:

- All documents, such as invoices, correspondence, shipping documents, etc. must include the complete P.O. number and department number.
- **T.J. Maxx:** Must include the distribution center prefix (30, 40, 60, 70, 80). Example: P.O. 50-123456, Dept. 20
- Mail all original invoices to P.O. Box 9123, Framingham, MA 01701.
- DO NOT send invoices with cartons as they will delay payment.
- If you have questions regarding merchandise invoices, call 1-508-390-3407.
- Invoice must designate T.J. Maxx, must arrive to only one DC P.O. and only one DC destination.
- Payment terms are based on receipt at DC destination.

TO: US MERCHANTS INC
Attn: LISA NUNZIATA
Wksht#: A342268.3158
Fax #: 1-212-714-2128

**Special Vendor Instructions:**
PREPRODUCTION AND PRODUCTION
UIRED ASAP-PREPRODUCTION SAMPLES REQ
SAMPLES REQUIRED ASAP AND PRODUCTION
PRODUCTION SAMPLES REQUIRED ASAP-PREPRODUCTION AND

### Mark All Cartons as Indicated Below:

From:
Your Company Name _____    Dept. #: _____
Address _____               Order #: _____
City, State, ZIP Code _____      Vendor Style #: _____
Country _____               Quantity: _____
Carton # _____

To: **T·J·maxx**
Distribution Center # _____
Address _____
City, S _____    Zip Code _____

This order is subject to all terms and conditions stated in the attached legal and vendor instruction information.

IMPORTANT DO NOT SHIP OR INVOICE WITHOUT ROUTING AND DISTRIBUTION INSTRUCTIONS. PLEASE CALL BUYER IF INSTRUCTIONS ARE NOT RECEIVED WITHIN 5 DAYS. NO PARTIAL SHIPMENTS WILL BE ACCEPTED.

**t.j.maxx**

An affiliate of the TJX Companies, Inc.

PO: 711354   Vendor: 0

Page 1 of 7

**DEPT. NO:** 19

**Domestic PO Number: 711354**
**WORKSHEET #: w322583158**

**VENDOR:**
FORTUNA VALENTINO

**VENDOR FAX #:**
2127142120

**NO: 0**

**Vendor Contact:** Lisa Nunziata
**Vendor Email:**
Lisa.Nunziata@gmail.com

**BUYER: MAUREEN CONYERS&M**
NO 348

Distro

**PRE-TICKET INFORMATION**
**PRE-TICKET:** No
VENDOR MAKES TICKETS: No
VENDOR NEEDS TICKETS BY:

**PRE-TICKET INSTRUCTIONS :**

**FOB POINT**

**CITY:**                    **STATE: CA**
Los Angeles                  **WHSE:**

**DDP/POE:**
No

**SPECIAL VENDOR INSTRUCTIONS (150 Characters)**

preproduction and production samples required preproduction and production samples required preproduction and production samples required ssp

**VENDOR PACK:** No      **PRE PACK:** No

**ORDER DATE**
Oct-13-2006

**START SHIP DATE**
Feb-26-2007

**CANCEL CONSOLIDATOR**
Mar-15-2007

**Total Units: 3300**

**PAYMENT TERMS**

| Disc | Days | From | Due |
|------|------|------|-----|
| 0.0  | 30   | G    |     |

**Vendor Verification:**

**Date:**        **Buyer:**        **Date:**        **Merchandise Manager:**        **Date:**

IF JARROULAR, NO HOLES, TEARS, STAINS, OR BROKEN ZIPPERS.    IF SAMPLE DATE(S) APPEAR, THE ORDER IS SUBJECT TO PRE-PRODUCTION & PRODUCTION SAMPLE/FIT APPROVAL

PO: 711354 Vendor: 0

| PAGE-LINE | CATG | STYLE | TY PE | VENDOR STYLE | UNIT COST | COLOR | DETAILED DESCRIPTION | CONTENT | MSTR LBL/CODE | UNITS | VEND PACK | PRE-PACK | MSTR CTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-1 | 0690 | 0 | | 12792t | 33.00 | natural | natl mrprt valehr | | fortuna valentino | 800 | 0 | 0 | |
| | | | | | | | Inspection Required By: | Stuff Artl: N | Hang Tags Description: fortuna valentino | Sold: 0 | Boxed: N | Ent/Coord: | |
| | | | | | | Ticket Type: t | Ticket Message 1: Ticket Message 2: | Label Desc: fortuna valentino | | | | |
| 1-2 | 0690 | 0 | 1 | mlt1271a | 17.00 | black | blk nwprt bskt bag | | fortuna valentino | 1200 | 0 | 0 | |
| | | | | | | | Inspection Required By: | Stuff Artl: N | Hang Tags Description: fortuna valentino | Sels: 0 | Boxed: N | Ent/Coord: | |
| | | | | | | Ticket Type: t | Ticket Message 1: Ticket Message 2: | Label Desc: fortuna valentino | | | | |
| 1-3 | 0690 | 0 | 1 | mlt1278a | 17.00 | red | red nwprt bskt bag | | fortuna valentino | 900 | 0 | 0 | |
| | | | | | | | Inspection Required By: | Stuff Artl: N | Hang Tags Description: fortuna valentino | Sels: 0 | Boxed: N | Ent/Coord: | |
| | | | | | | Ticket Type: t | Ticket Message 1: Ticket Message 2: | Label Desc: fortuna valentino | | | | |
| 1-4 | 0280 | 0 | 1 | mlt1290a | 33.00 | white | wht lynx satchl | | fortuna valentino | 800 | 0 | 0 | |
| | | | | | | | Inspection Required By: | Stuff Artl: N | Hang Tags Description: fortuna valentino | Sels: 0 | Boxed: N | Ent/Coord: | |
| | | | | | | Ticket Type: t | Ticket Message 1: Ticket Message 2: | Label Desc: fortuna valentino | | | | |

Pre Prod Sample:    Prod Sample:    Where Sold:    When Sold:

Page 1 of 1

# DISTRIBUTION AND ROUTING INSTRUCTIONS

11/29/06    07:16 PM    PAGE 01

## DOMESTIC PURCHASE ORDER

**Marshalls**

| Dept Number | 19 |
| Order Date | 10/13/06 |
| Start Ship Date | 02/25/07 |
| Cancelled if not Received by Consolidator | |
| G.O.H. | N |
| F.O.B Point | CA |

03/15/07

**P.O.# #1 711555**
Ship Merchandise to:

**Marshalls** MAR LAS VEGAS
Distribution Center # 801
4100 LONE MOUNTAIN ROAD
NORTH LAS VEGAS, NV 89031

**P.O.# #6 711555**    PAGE 01
Ship Merchandise to:

**Marshalls** BRIDGEWATER
Distribution Center # 806
701 N. MAIN STREET
BRIDGEWATER, VA 22812

**P.O.# #7 711555**
Ship Merchandise to:

**Marshalls** ATLANTA
Distribution Center # 807
2300 MILLER ROAD
DECATUR, GA 30035

**P.O.# #8 711555**
Ship Merchandise to:

**Marshalls** WOBURN
Distribution Center # 808
83 COMMERCE WAY
WOBURN, MA 01801

| Ln | Vendor Style# | Description | Color | Size | PLV Total 801 | BRI 806 | ATL 807 | WOB 808 |
|----|---------------|-------------|-------|------|---------|-----|-----|-----|
| 1 | ML1292A | BLK PAMPLONA ANKL SATCHL | BLACK | | 602 | | 254 | 123 |
| 2 | ML1292A | KHK PAMPLONA ANKL SATCHL | KHAKI | | 5908 | 141 | 395 | 185 |
| 3 | ML1291A | NAT NATIVE STRW BG | NATURAL | | 1200 | 212 | 449 | 235 |
| 4 | | | | | | 299 | 159 | |
| 5 | | | | | | 128 | | |
| 6 | | | | | | 74 | | |

**IMPORTANT VENDOR INSTRUCTIONS**
NO PARTIAL SHIPMENTS WILL BE ACCEPTED
SHIPPING and ROUTING:

- All vendors must be thoroughly familiar with our routing guide, as it is part of this order.
- Any questions regarding carrier or routing call the Traffic Dept. at 1-800-225-1510 or visit our web-site: www.TJXLogistics.com

TO CONTACT OUR PRE-TICKET HELP DESK:

PRE-TICKETING:
- Please contact our Pre-Ticket Help Desk for:
  - All pre-ticketing questions
  - Tracking ticket shipments

| Phone: | 1-800-695-0420 or 1-508-797-6828 |
| E-mail: | ticket_info@tjx.com |
| Fax: | 1-508-791-0811 |

**IMPORTANT TICKETING REMINDERS:**

- NEVER mix T.J. Maxx and Marshalls tickets within an order.
- NEVER slot tickets boxes.

**ACCOUNTS PAYABLE:**

- NEVER mix T.J. Maxx merchandise with Marshalls merchandise
- ALWAYS throw away extra tickets when order is complete

All documents, such as invoices, correspondence, shipping documents, etc. must include the complete P.O. number and department number.

- Marshalls: Must indicate the distribution center prefix (01, 03, 06, 07, 08). Example, P.O. 05-222333, Dept. 20
- Mail all original invoices to P.O. Box 6129, Framingham, MA 01701.
- DO NOT send invoices with cartons as this will delay payment.
- If you have questions regarding merchandise invoices, call 1-508-390-3407.
- Invoices must designate Marshalls; must make to only one DC-PO and only one DC destination.

**Payment terms are based on receipt date.**

To: US MERCHANTS INC
Attn: LISA NUNZIATA
Weight: 4392681158
Fax #: 1-212-714-2120

**Special/Vendor Instructions:**
PREPRODUCTION AND PRODUCTION SAMPLES REQUIRED ASAP-PREPRODUCTION AND PRODUCTION SAMPLES REQUIRED ASAP-PREPRODUCTION AND PRODUCTION SAMPLES REQUIRED AS

**Mark All Cartons as Indicated Below:**

From:
Your Company Name _____    Dept. #: _____
Address _____    Order #: _____
City, State, ZIP Code _____    Vendor Style #: _____
Country _____    Quantity: _____
Carton #: _____

To: **Marshalls**
Distribution Center # _____
Address _____
City, Str _____    Zip Code _____

This order is subject to all terms and conditions stated in the attached legal and vendor instructions information.

**IMPORTANT: DO NOT SHIP OR INVOICE WITHOUT ROUTING AND DISTRIBUTION INSTRUCTIONS. PLEASE CALL BUYER IF INSTRUCTIONS ARE NOT RECEIVED WITHIN 5 DAYS. NO PARTIAL SHIPMENTS WILL BE ACCEPTED.**

# Marshalls.

An affiliate of the TJX Companies, Inc.

PO: 711355    Vendor: 0

Page 1 of 7

| DEPT. NO: | | |
|---|---|---|
| 19 | | |

Domestic PO Number: 711355
WORKSHEET #: W322583158

Distro

**FOB POINT**

| CITY: | STATE: CA | DDP/POE: |
|---|---|---|
| Los Angeles | WHSE: | No |

**VENDOR:**
FORTUNA VALENTINO

**SPECIAL VENDOR INSTRUCTIONS (150 Characters)**

| VENDOR FAX #: | NO: 0 |
|---|---|
| 2127142120 | |

BUYER: MAUREEN CONVERSE
NO 348

preproduction and production samples required asap-preproduction and production samples required asap
preproduction and production samples required asap

Vendor Contact: Lisa Nunziata
Vendor Email:
Lisa.Nunziata@Gmail.com

**PRE-TICKET INFORMATION**

PRE-TICKET: No
VENDOR MAKES TICKETS: No
VENDOR NEEDS TICKETS BY:

VENDOR PACK: No     PRE PACK: No     Total Units: 2700

PRE-TICKET INSTRUCTIONS :

| ORDER DATE | START SHIP DATE | CANCEL CONSOLIDATOR |
|---|---|---|
| Oct-13-2006 | Feb-25-2007 | Mar-15-2007 |

**PAYMENT TERMS**

| Disc | Days | From | Due |
|---|---|---|---|
| 0.0 | 30 | G | |

Vendor Verification:

Date:     Buyer:     Date:     Merchandise Manager:     Date:

Case 1:07-cv-06108-PKC    Document 1-2    Filed 06/28/2007    Page 32 of 32   PAGE  08

IF REGULAR, MODULAR, TEARS, STRAP, OR BROKEN (SPEEDS,    IF SAMPLE GATHER APPEAR, THIS ORDER IS SUBJECT TO PRE-PRODUCTION & PRODUCTION SAMPLE(S) APPROVAL

PO: 711355  Vendor: 0

| PAGE-LINE | CATG | STYLE | TY PE | UNIT COST | VENDOR STYLE | COLOR | DETAILED DESCRIPTION | CONTENT | MSTR LBL/CODE | VEND UNITS | PRE-PACK | MSTR PACK CTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-1 | | | | 33.00 | ml1287a | Black | blk pamplona short sateen | | fortuna valentino | 600 | 0 | Env/Coord: |
| | | Pre Prod Sample: | | | Prod Sample: | | Inspection Required By: | Stuff Anti: N | Hang Tags Description: fortuna valentino | Sets: | Boxed: | |
| | | Where Sold: | | | When Sold: | Ticket Type: 6 | Ticket Message 1: Ticket Message 2: | Hang Tags: Y Label: Y | Label Desc: fortuna valentino | 0 | N | |
| 1-2 | 0690 | 0 | 1 | 33.00 | ml1292a | khaki | khk pamplona shrt sateen | | fortuna valentino | 900 | 0 | Env/Coord: |
| | | Pre Prod Sample: | | | Prod Sample: | | Inspection Required By: | Stuff Anti: N | Hang Tags Description: fortuna valentino | Sets: | Boxed: | |
| | | Where Sold: | | | When Sold: | Ticket Type: 6 | Ticket Message 1: Ticket Message 2: | Hang Tags: Y Label: Y | Label Desc: fortuna valentino | 0 | N | |
| 1-3 | 0690 | 0 | 1 | 17.00 | ml1291a | natural | nat native shrr bg | | fortuna valentino | 1200 | 0 | Env/Coord: |
| | | Pre Prod Sample: | | | Prod Sample: | | Inspection Required By: | Stuff Anti: N | Hang Tags Description: fortuna valentino | Sets: | Boxed: | |
| | | Where Sold: | | | When Sold: | Ticket Type: 6 | Ticket Message 1: Ticket Message 2: | Hang Tags: Y Label: Y | Label Desc: fortuna valentino | 0 | N | |