**JUDGE CASTEL**   07 CV 6108

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FASHION WORLD, LTD.,

          Plaintiff,

    -v-

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHOSIS, INC.,

          Defendants.
------------------------------------x

Case No.: 07-CV

**Rule 7.1 Statement**

JUN 2 8 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff, Fashion World, Ltd.** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Date: June 28, 2007

                                                    Signature of Attorney

                                                    Attorney Bar Code: VH1010