UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FASHION WORLD LTD.,

                *Plaintiff*

                Case No. 07 cv 6108

  -against-              AFFIDAVIT OF SERVICE
                             BY FACSIMILE SERVICE

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHOSIS, INC.

                *Defendants*
------------------------------------------x

**Yasmin T. Gonzalez**, being duly sworn, deposes and says:

1. Deponent is not a party to the action; is over eighteen years of age; resides in New York, New York and an Attorney in the office of BALLON STOLL BADER & NADLER, P.C. attorneys for Plaintiff FASHION WORLD, LTD.

2. On the 28th day of June, 2006, deponent served via facsimile a true and correct copy of the **ORDER TO SHOW CAUSE** within the time prescribed by Judge Castel's amended Order delivered via telephone message by Judge Castel's law clerk to plaintiff's counsel upon

    **JEFF GREEN**                      **ZIARI INTERNATIONAL, LTD.**
at (310) 652-9905           at (310) 652-9905

    **US MERCHANTS FINANCIAL GROUP, INC.**
at (310) 652-9905

    **THE MERCHANT OF TENNIS, INC.**
at (310) 652-9905

    **LISA NUNZIATA**               METAMORPHOSIS, INC.
    Defendant                        Defendant
at (212) 714-1124           at (212) 714-1124

Additionally, true and correct copies of the facsimile transmittal reports and fax cover sheets to each defendant are annexed hereto.

_____
Yasmin Gonzalez

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              4312
CONNECTION TEL              13106529905
SUBADDRESS
CONNECTION ID
ST. TIME              06/28 17:51
USAGE T               01'21
PGS. SENT               5
RESULT                OK
```

# FAX

**BALLON STOLL BADER & NADLER, P.C.**
14th FLOOR
1450 BROADWAY
NEW YORK, NEW YORK 10018-2268
Tel: 212/575-7900
Fax: 212/764-5060

DATE: 28 June 2007

TO: Jeff Green

TELECOPIER NUMBER: 310-652-9905

FROM: Vano Haroutunian, Esq.

NUMBER OF PAGES SENT (including this cover sheet): 5

MESSAGE: Order to show cause
Fashion World, Ltd v. Jeff Green et al.
07 6108

WARNING!!! THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT THEREOF, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US AT OUR EXPENSE IMMEDIATELY FOR RETURN INSTRUCTIONS. THANK YOU.

PLEASE NOTIFY THE SENDER AT 212/575-7900 IF YOU
DO NOT RECEIVE THE TOTAL NUMBER OF PAGES SENT

TRANSMITTED BY: _____ on _____ at _____

CLIENT: _____ No. _____

MATTER: _____ No. _____

SC\COVER.FAX 7/20/95 3:34pm Thu

```
            *********************
            ***   TX REPORT   ***
            *********************

TRANSMISSION OK

TX/RX NO              4303
CONNECTION TEL            13106529905
SUBADDRESS
CONNECTION ID
ST. TIME              06/28 17:27
USAGE T               01'26
PGS. SENT             5
RESULT                OK
```

# FAX

**BALLON STOLL BADER & NADLER, P.C.**
14th FLOOR
1450 BROADWAY
NEW YORK, NEW YORK 10018-2268
Tel: 212/575-7900
Fax: 212/764-5060

DATE: 28 June 2007

TO: Ziani International, Ltd.

TELECOPIER NUMBER: 310 652-9905

FROM: Vano Haroutunian, Esq.

NUMBER OF PAGES SENT (including this cover sheet): 5

MESSAGE: Order to Show Cause
Fashion World v. Jeff Green et al.
07 CV 6108

WARNING!!! THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT THEREOF, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US AT OUR EXPENSE IMMEDIATELY FOR RETURN INSTRUCTIONS. THANK YOU.

PLEASE NOTIFY THE SENDER AT 212/575-7900 IF YOU
DO NOT RECEIVE THE TOTAL NUMBER OF PAGES SENT

TRANSMITTED BY: _____ on _____ at _____

CLIENT: _____ No.: _____

MATTER: _____ No. _____

SC\COVER.FAX 7/20/95 3:34pm Thu

```
                         ********************
                         ***   TX REPORT   ***
                         ********************

     TRANSMISSION OK

     TX/RX NO                 4304
     CONNECTION TEL                    13106529905
     SUBADDRESS
     CONNECTION ID
     ST. TIME                 06/28 17:30
     USAGE T                  01'34
     PGS. SENT                    5
     RESULT                   OK
```

# FAX

**BALLON STOLL BADER & NADLER, P.C.**
14th FLOOR
1450 BROADWAY
NEW YORK, NEW YORK 10018-2268
Tel: 212/575-7900
Fax: 212/764-5060

DATE: 28 June 2007

TO: US Merchants Financial Group, Inc.

TELECOPIER NUMBER: 310-652-9905

FROM: Vano Haroutunian, Esq.

NUMBER OF PAGES SENT (including this cover sheet): 5

MESSAGE: Fashion World, Ltd. v. Jeff Green et al. Order to Show Cause 07 CV 6108

WARNING!!! THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT THEREOF, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US AT OUR EXPENSE IMMEDIATELY FOR RETURN INSTRUCTIONS. THANK YOU.

PLEASE NOTIFY THE SENDER AT 212/575-7900 IF YOU DO NOT RECEIVE THE TOTAL NUMBER OF PAGES SENT

TRANSMITTED BY: _____ on _____ at _____

CLIENT: _____

MATTER: _____ No. _____

No. _____

SC\COVER.FAX 7/20/95 3:34pm Thu

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                    4314
CONNECTION TEL                     13106529905
SUBADDRESS
CONNECTION ID
ST. TIME                    06/28 17:55
USAGE T                     01'26
PGS. SENT                      5
RESULT                      OK
```

# FAX

**BALLON STOLL BADER & NADLER, P.C.**
14th FLOOR
1450 BROADWAY
NEW YORK, NEW YORK 10018-2268
Tel: 212/575-7900
Fax: 212/764-5060

DATE: 28 June 2007
TO: The Merchant of Tennis, Inc.
TELECOPIER NUMBER: 310-652-9905
FROM: Vano Haroutunian, Esq.
NUMBER OF PAGES SENT (including this cover sheet): 5
MESSAGE: Fashion World Ltd. v. Jeff Green et al. Order to Show Cause 07 cv 6108

WARNING!!! THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT THEREOF, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US AT OUR EXPENSE IMMEDIATELY FOR RETURN INSTRUCTIONS. THANK YOU.

PLEASE NOTIFY THE SENDER AT 212/575-7900 IF YOU
DO NOT RECEIVE THE TOTAL NUMBER OF PAGES SENT

TRANSMITTED BY: _____ on _____ at _____
CLIENT: _____
No. _____
MATTER: _____
No. _____

SC\COVER.FAX 7/20/95 3:34pm Thu

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4309
CONNECTION TEL              12127141124
SUBADDRESS
CONNECTION ID
ST. TIME              06/28 17:44
USAGE T               02'07
PGS. SENT                 5
RESULT                OK
```

# FAX

**BALLON STOLL BADER & NADLER, P.C.**
14th FLOOR
1450 BROADWAY
NEW YORK, NEW YORK 10018-2268
Tel: 212/575-7900
Fax: 212/764-5060

DATE: 28 June 2007
TO: Lisa Nunciata
TELECOPIER NUMBER: 212-714-1124
FROM: Vano Haroutunian, Esq.
NUMBER OF PAGES SENT (including this cover sheet): 5
MESSAGE: Order to show cause
Fashion World, Ltd v. Jeff Green
et al  07 CV 6108

WARNING!!! THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT THEREOF, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US AT OUR EXPENSE IMMEDIATELY FOR RETURN INSTRUCTIONS. THANK YOU.

PLEASE NOTIFY THE SENDER AT 212/575-7900 IF YOU
DO NOT RECEIVE THE TOTAL NUMBER OF PAGES SENT

TRANSMITTED BY: _____ on _____ at _____
CLIENT: _____
MATTER: _____ No. _____
No. _____

SC\COVER.FAX 7/20/95 3:34pm Thu

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              4308
CONNECTION TEL               12127141124
SUBADDRESS
CONNECTION ID
ST. TIME              06/28 17:40
USAGE T               02'05
PGS. SENT                 5
RESULT                OK
```

# FAX

**BALLON STOLL BADER & NADLER, P.C.**
14th FLOOR
1450 BROADWAY
NEW YORK, NEW YORK 10018-2268
Tel: 212/575-7900
Fax: 212/764-5060

DATE: June 28, 2007

TO: METAMORPHOSIS Inc.

TELECOPIER NUMBER: 212-714-1124

FROM: VANO HAROUTUNIAN, ESQ.

NUMBER OF PAGES SENT (including this cover sheet): 5

MESSAGE: Order to show cause Fashion World Ltd v. Jeff Green et al 07 CV 6108

WARNING!!! THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT THEREOF, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US AT OUR EXPENSE IMMEDIATELY FOR RETURN INSTRUCTIONS. THANK YOU.

PLEASE NOTIFY THE SENDER AT 212/575-7900 IF YOU DO NOT RECEIVE THE TOTAL NUMBER OF PAGES SENT

TRANSMITTED BY: _____ on _____ at _____

CLIENT: _____ No. _____

MATTER: _____ No. _____

SC\COVER.FAX 7/20/95 3:34pm Thu