UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FASHION WORLD LTD.,

                *Plaintiff*,

                              Case No. 07 cv 6108

  -against-                       AFFIDAVIT OF SERVICE
                                           BY OVERNIGHT COURIER
JEFF GREEN, ZIARI INTERNATIONAL, LTD.,    SERVICE
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHOSIS, INC.

                *Defendants*.
------------------------------------------x

**Yasmin T. Gonzalez**, being duly sworn, deposes and says:

1. Deponent is not a party to the action; is over eighteen years of age; resides in New York , New York and an Attorney in the office of BALLON STOLL BADER & NADLER, P.C. attorneys for Plaintiff FASHION WORLD, LTD.

2. On the 28th day of June, 2006, deponent served the **CIVIL COVER SHEET, RULE 7.1 STATEMENT, SUMMONS, COMPLAINT, DECLARATION IN SUPPORT OF PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY, MEMORANDUM OF LAW IN SUPPORT OF PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY, INVIDUAL PRACTICE RULES OF MAGISTRATE JUDGE PITTMAN, INDIVIDUAL PRACTICE RULES OF JUDGE CASTEL, AND ORDER TO SHOW CAUSE** upon

    **JEFF GREEN**                             **ZIARI INTERNATIONAL, LTD.**
    **Defendant**                              **Defendant**
at 8737 Wilshire Blvd.       at 8737 Wilshire Blvd.
   Beverly Hills, CA 90211       Beverly Hills, CA 90211

    **US MERCHANTS FINANCIAL GROUP,INC.**
    **Defendant**
at 8737 Wilshire Blvd.
   Beverly Hills, CA 90211

    THE MERCHANT OF TENNIS, INC.
    Defendant
at 8737 Wilshire Blvd.
   Beverly Hills, CA 90211

    LISA NUNZIATA
    Defendant
at 320 5th Avenue
   Suite 500
   New York, NY 10001

    METAMORPHOSIS, INC.
    Defendant
at 320 5th Avenue
   Suite 500
   New York, NY 10001

by depositing a true copy of the original document thereon, in an Overnight Federal Express Wrapper, properly addressed to the aforementioned recipients and leaving same in the custody and care of Federal Express.

_____
               Yasmin Gonzalez