Exhibit F

ROSENBLATT, INC.
145 EAST 92ND STREET
NEW YORK, NY 10128
TEL. 212-722-3449
FAX 212-996-1574
Rosenblattinc@worldnet.att.net
IRS # 13-3443822

INVOICE NUMBER 1843

MAY 30, 2007

FASHION WORLD LTD. (A BVI CORP.)
VANTERPOOL PLAZA 2ND FLOOR
VICKHAMS CAY 1
TORTOLA, BVI

ATTN: DR. BRUNO CONDI

RE: FOR SERVICES OF CONSULATION AND ASSISTANCE WITH IMPLAMENTING THE
   LICENSING BETWEEN FASHION WORLD LTD./F by FORTUNA VALENTINO AND
   ZIARI, LLC.

10% COMMISSION——————9,877.89

TOTAL DUE ROSENBLATT, INC.——————$987.79 USD

WIRING INSTRUCTIONS
BANK: HSBC BANK USA, N.A.
BRANCH ADDRESS: 550 SEVENTH AVENUE
              NEW YORK, NY 10018
ACCT. NAME: ROSENBLATT, INC.
ACCT. NO.: 007-87134-1
SWIFT NO.: MRMDUS33

**Exhibit G**

05/19/2007   09:35     5168835387                    CV                                          PAGE   10



*Our Business Is Saving*
*Your Business Money.™*

**CLUB MANAGER BRYAN MOHAMMED**
( 914 ) 692 - 0023
Fax and Pull # (914)692-0029
ELMSFORD, NY
09/20/06 11:12 0663 6674 010          2341

V MEMBER  101-10348966524

# THANK YOU,
DRAGO BRUNO CONDI

```
**SUSPEND ITEMS FOLLOW**
          2 @ 17.32
769173 VALENTINO 2            34.64 R
**SUSPEND ITEMS COMPLETE**
              SUBTOTAL        34.64
TAX 2   3.375 %                1.17
                TOTAL         35.81
         DEBIT TEND           35.81
         CHANGE DUE            0.00
```

EFT DEBIT            PAY FROM PRIMARY
ACCOUNT :                 5224
  35.81   TOTAL PURCHASE
REF # 626300884349
NETWORK ID. 0082 APPR CODE 016972
     09/20/06       11:13:28

# # ITEMS SOLD 2

TC# 8887 5222 7596 2901 5242

Gear up for game day at Sam's Club!
     09/20/06       11:13:31

**Exhibit H**



home | pay | register | sign in | site map

| Buy | Sell | My eBay | Community | Help |

Start new search    [ Search ]
Advanced Search

Java™ TECHNOLOGY  POWERED BY Sun

⬅ Back to home page    Listed in category: Clothing, Shoes & Accessories > Women's Clothing > Plus Sizes > Shirts, Tops

## Thermal Shirt/Top by Fortuna Valentino Size XL Blue

Item nu

**Bidder or seller of this item?** Sign in for your status

## Bidding has ended for this item

If you are a winner, Sign In for your status.

[ Sign In ]

Buyer or seller of this item? Sign in for your status.

## Save on shipping - buy additional items now from this seller's other listings!



New A-Line Belted Career Skirt
Diane Richard Size 14

**1** bids:          **US $0.99**
Time left:        6d 50m

Orvis Career/ Casual Skirt Paisly
Size 16

**1** bids:          **US $0.99**
Time left:        3d 2h 48m

Laura Scott Career Slacks/Pants
Plus Size 24WP Black

**0** bids:          **US $1.00**
Time left:        1d 2h 23m

Sag Harbor V
Blue Floral Si

**2** bids:
Time left:

**View more items from this seller**

**Additional options:**

▫ Sell an item like this one.

### Similar items from all eBay sellers

| Item Name | Price | End Date | Help |
|---|---|---|---|
| WOMENS/LADIES THERMAL LONG SLEEVE TOP/SHIRT SIZE XL | US $8.99 | Nov-30-06 19:44:32 PST | |
| Delias REALITEE shirt top THERMAL XL Big Owl brick NWT | US $12.99 | Nov-15-06 08:50:42 PST | |
| Ladies Layered Look Thermal Style Shirt Size XL | US $6.00 | Dec-04-06 19:40:12 PST | |
| Womens Clothing Top Shirt Blue Sweater Size XL NWOT | US $14.99 | Nov-12-06 21:01:19 PST | |

Winning bid:     **US $1.30**

**Meet the seller**

Seller:     desertgrace ( 645 ⭐ )

p://cgi.ebay.com/Thermal-Shirt-Top-by-Fortuna-Valentino-Size-XL-Blue_W0QQitemZ330045473...  11/9/2006

|  |  |  |
| --- | --- | --- |

me

| Ended: | **Nov-08-06 16:07:35 PST** |
| Shipping costs: | Calculate |
| Ships to: | Worldwide |
| Item location: | Arizona, United States |
| History: | 2 bids |
| Winning bidder: | kittentpe ( 515 ☆ ) me |

You can also:    Email to a friend |
Sell one like this

**View larger picture**

**Listing and payment details:   Show**

Feedback: **100% Positive**
Member: since Aug-25-05 in
**United States**

Read feedback comments
Ask seller a question
Add to Favorite Sellers
**View seller's other items**

**Buy safely**

1. **Check the seller's reputation**
   Score: 645 | 100% Positive
   Read feedback comments

2. **Check how you're protected**

   *PayPal*    This item is covered
   **up to $1,000** See
   eligibility

   Returns:    Seller accepts
   returns.
   7 Days Money Back

**Description** (revised)

*Item Specifics – Women's Shirts, Tops*

| | |
| --- | --- |
| Type: | **Casual** |
| Sleeve Length: | **Long Sleeve** |
| Condition: | **Excellent** |

Size Type: **Misses**
Size:    **XL**



# Welcome to my auctions

## Thermal Shirt/Top by Fortuna Valentino Size XL Blue





Thermal shirt
by Fortuna Valentino
Size Extra Large

tp://cgi.ebay.com/Thermal-Shirt-Top-by-Fortuna-Valentino-Size-XL-Blue_W0QQitemZ330045473...  11/9/2006

Blue shirt has tiny buttons in the front,
60% cotton, 40% polyester.
Gently worn, in excellent condition.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Check out my other items!*

*Please add me to your favorites list!*





**Payment & Shipping**

High bidder to pay auction plus shipping and handling costs within 3 days of winning item (calculated at close of auction). I charge a modest fee of .75 for packaging and handling, it is included in the shipping calculation. Delivery confirmation is free.

Item will be mailed priority mail within two business days upon receipt of Payment by Paypal, money order, or cashier's check. Insurance is available at an additional cost, if insurance is declined buyer assumes responsibility for damage or loss. All items guaranteed to arrive as described with refunds cheerfully granted if item received is materially different than listed. Items must be returned within 7 days of original delivery. If you have any questions regarding these terms and conditions, please contact me via email before bidding. I will combine shipping at $1.00 per item if you are interested in multiple items, just email me and let me know. Thank you for visiting my auction and happy bidding!!!!!

Affordable Auction Management and Image Hosting Solutions @ inkFrog

00000045



# Shipping, payment details and return policy

**Save on shipping** - **buy additional items now from this seller's other listings!**
Learn about shipping discounts

**Ships to**
Worldwide

Country:   United States

[          ]   [ **Update** ]

Zip or postal code:

| Shipping and Handling | To | Service |
| --- | --- | --- |
| Enter zip code | United States | US Postal Service Priority Mail® <br> Estimated delivery 2-3 days* |
| Enter zip code | United States | USPS Airmail Letter Post <br> 4 to 10 business days* |

Shipping cannot be calculated for your area. You can <u>contact the seller</u> for additional shipping
costs and services.

**Shipping insurance**
Not offered

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that
transit times may vary, particularly during peak periods.

**Shipping insurance**
Not offered

**Seller's payment instructions**
I accept Paypal, money orders or personal checks. I will ship the first business day after payment is received, if you send a
personal check I will ship after check clears the bank. Most of my items are used and I have made every effort to describe
accurately, if you have questions please email me. All my items are from a smoke free environment. Happy bidding!!! Than
you!!

**Seller's return policy:**
Item must be returned within: 7 Days
Return Policy Details:                    Refund will be given as: Money Back
                            I will happily refund your money if your item is returned in 7 days. Buyer to pay all shipping
                            costs.

## Payment methods accepted

This seller, desertgrace, **prefers PayPal**.



- Personal check
- Money order/Cashiers check

Learn about payment methods.

## Where to go next?

← Back to home page  |  Printer Version  |  Safe Trading Tips

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Popular Searches | Australia | Austria | China | France | Germany | Ir
Italy | Spain | United Kingdom
Kijiji | PayPal | ProStores | Rent.com | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

**ebaY**

home | pay | register | sign out | site map

| Buy | Sell | My eBay | Community | Help |

Start new search    [ Search ]
Advanced Search

Java POWERED BY ◈ Sun

Back to My eBay     Listed in category: Clothing, Shoes & Accessories > Women's Clothing > Intimates > Sleepwear, Robes

# fortuna valentino thermal sleep lounge set sz L new

Item number: 180087597656

✓ **You won the item!**

Email to a friend | Printer Version

[ Pay Now > ]  or continue shopping with this seller
Click the Pay Now button to confirm shipping, get the total price, and arrange payment through: PayPal, money order

Find more items from the same seller. Bid or Buy Now!



| 3 Bally Sport bras - size XXL 40 - new | 4 Bally Sport bras - size L 36 - new | 2 Bally Sport bras - size XL 38 - new | mens Husqvarna emblem l/s t-shirt gray husky XXL nwot |
|---|---|---|---|
| 2 bids. **US $5.50** | 0 bids: **US $3.99** | 0 bids: **US $3.99** | 1 bids: **US $4.49** |
| Time left: 2d 19h 2m | Time left: 2d 19h 5m | Time left: 2d 19h | Time left: 5d 15h 1m |

View more items from this seller

**Other actions for this item:**

You can manage all your items in My eBay and do the following:

Request total payment amount from the seller.

Mark payment sent for this item.

Leave feedback for this item.

Contact Seller about this item.

**Additional Options:**

To view other items from this seller, view seller's other items.

If this listing is similar to an item you want to sell, list an item like this.

You may add this seller to your Favorite Sellers in My eBay.



View larger picture

Listing and payment details: Show

| | |
|---|---|
| Winning bid: | US $12.50 |
| Ended: | Feb-26-07 08:12:29 PST |
| Shipping costs: | US $6.50<br>Standard Flat Rate Shipping Service<br>Service to United States |
| Ships to: | United States |
| Item location: | Marshall, AR, United States |
| History: | 4 bids |
| Winning bidder: | kitty710 ( 511 ⭐ ) |

You can also:    Email to a friend | Sell one like this

**Meet the seller**

| | |
|---|---|
| Seller: | ez3071 ( 15953 ☆ ) 👤 Power Seller me |
| Feedback: | 99.5% Positive |
| Member: | since Apr-15-03 in United States |

Read feedback comments
Ask seller a question
Add to Favorite Sellers
View seller's other items

**Buy safely**

1. **Check the seller's reputation**
   Score: 15953 | 99.5% Positive
   Read feedback comments

2. **Check how you're protected**
   *PayPal* This item is covered up to **$2,000** See eligibility

# Description

Item Specifics – Women's Sleepwear
Style: Pajama Set
Size: L

Condition: New: Without Tags



Up for your consideration is a:

## Fortuna Valentino Thermal Sleep / Lounge Set

*This set features a thermal hooded knit top. Henley ~ long sleeve style. Pants have an elastic drawstring waist. Super soft and cozy. This set is size L and blue and pink in color. See photo of color. New out of packaging.*

*Thanks for stopping by. Happy Bidding!*

00298

The power of protection from AOL and eBay. Learn more

## Shipping, payment details, and return policy

Ships to
United States

Country:   United States        [ Update ]

Shipping and Handling        To                     Service

US $6.50                      United States         Standard Flat Rate Shipping Service

Shipping insurance
Not offered

Seller's payment instructions
We ship to anywhere in the U.S. for this item. We prefer paypal, but we accept money orders. If you pay with a money order please include a separate sheet of paper with your name, address and item number. Thank You! ez3071

Sales tax

Seller charges sales tax for items shipped to: AR* (7.000%).
* Tax applies to subtotal + S&H for these states only

## Payment methods accepted

This seller, ez3071, prefers PayPal.

| Payment method | Preferred/Accepted | Buyer protection on eBay |
| --- | --- | --- |
|  | Seller Preferred | PayPal This item is covered up to $2,000 See eligibility |



Money order/Cashiers check          Accepted          Not Available

Learn about payment methods.

## eBay recommended services

**Register Now** Register on eBay now, it is free

**Download Now** Stay safe with the eBay Toolbar

PayPal PayPal is the safe way to pay online. Your financial information is never shared with sellers. Plus you get free buyer protection on qualified listings.

## Where to go next?

Back to My eBay | Report this item | Printer Version | Safe Trading Tips

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

Yahoo! Auctions – ONE LONG SLEEVE THERMO HENLEY T

Case 1:07-cv-06108-PKC    Document 10-3    Filed 07/05/2007    Page 18 of 29

Yahoo! My Yahoo! Mail    Make Y! your home page    Searc

# YAHOO! SHOPPING
Auctions

**Sign In**
New User? Sign Up

**Parfun USA**

*Vice President*
**Hiro Tsuchiya**

**Parfun USA Co.,Ltd.**
New York Office
350 Fifth Avenue, Suite 6106
New York, NY 10118
TEL : 212-268-8880 FAX: 212-268-9042
Mobile Phone : 917-696-7046
E-Mail : hiro-tsuchiya@parfun-usa.com

welry & Watches    Sports Cards    Clothing    Books & Comics    Toys

| Search | | Other |

Auctions > Clothing & Accessories > Women's > Sleepwear > Other

## ONE LONG SLEEVE THERMO HENLEY TOP SIZE M

[ Report Terms of Service and Abuse Violations ] [ Email to a Friend ] [ Add to My Calendar ] [ Add to Watchlist ]

### Seller Info

Seller (rating):  trains1945 (60)  ☺Send IM

Yahoo! Auctions Member since December 18, 2000

Seller's Current Auctions | Seller's Closed Auctions

Comments About Seller | Ask Seller a Question

Yahoo! Buyer Protection Program

### Payment Types Accepted

• Accepts PayPal 🅿
• Accepts Cashiers Checks and Money Orders

### Shipping Info

• Buyer Pays Shipping
• Seller Ships on Payment
• Seller will ship internationally

### Item Information

### Auction Info

| | |
|---|---|
| Current Bid: | **$2.99**  Quick Bid |
| Starting Price: | $2.99 |
| High Bidder: | none |
| # of Bids: | 0  (Bid History) |
| Bid Increment: | $0.25 |
| Time Left: | 1d 18h 27m 55s (Countdown Ticker) |
| Opened: | Dec 15 10:48 AM |
| Closes: | Dec 25 10:48 AM |
| Available Qty: | 1 |
| Location: | valley city, OH |
| ID #: | 102442927 |

**Notes:**

• Seller can close auction early.
• Auction may get automatically extended.

Bid History            Question & Answer

**Condition:** New Without Tags (NWOT).

### Place a Bid

Minimum Bid:   $2.99

Maximum Bid:  $ _____  USD

⦿ Bid up to this amount on my behalf
◯ Bid this exact amount

[ Preview Bid ]

Need Help? View the Bidders' Guide

SPONSOR RESULTS

**Women's Sleepwear** at L.L.Bean
L.L.Bean: Official Site - Save up to 60% at the Annual Winter Sale.
www.llbean.com

**Sleepwear Women's - SHOP.COM**
Thousands of Brands, Hundreds of Stores, The Convenience of OneCart(TM).
www.shop.com

**Women's Sleepwear - Bargain Prices**
Enjoy savings on Womens Sleepwear - Deals on Womens Sleepwear...
www.shopzilla.com

**Women's Sleepwear:** Luxurious Pima Cotton
Free shipping over $50, 100% guaranteed. Experience very soft, luxurious...
alpacadirect.com

**Women's Sleepwear -** Shadowline Lingerie

Yahoo! Auctions - ONE LONG SLEEVE THERMO HENLEY TOP SIZE M auction in New ... Page 2 to 2

Case 1:07-cv-06108-PKC    Document 10-3    Filed 07/05/2007    Page 19 of 29



This Thermal top is by FORTUNA VALENTINO. White in color. Size M Cotton and polyester. If you have any questions, please email me. I take paypal, money order, and cash. High bidder pays shipping. I will combine ctions

**Fine intimate apparel.** Panties, slips, gowns, robes, pajamas and more in...
www.shadowline-ling...

**Women's Sleepwear:** Compare Prices Find Bargains on Womens Pajamas and other Clothing and...
www.bizrate.com

**Women's Sleepwear** Shop now for Crabtree & Evelyn pajamas. Free Shipping on orders over $65.
www.crabtree-evelyn...

**Women's Sleepwear -** WinterSilks Buy women's sleepwear at WinterSilks and discover the comfort...
www.wintersilks.com

See your message here...

Questions, comments, suggestions? Send us feedback

Copyright © 2006 Yahoo! Inc. All rights reserved.
Copyright/IP Policy - Privacy Policy - Terms of Service and Additional Terms - Guidelines - Help - Ad Feedback

**Exhibit I**

# Marshalls

**DISTRIBUTION AND ROUTING INSTRUCTIONS**

01/10/07    11:26 AM    PAGE 01

| Dept Number | 19 |
|---|---|
| Order Date | 12/10/06 |
| Start Ship Date | 02/25/07 |
| Cancelled if not | |
| Received by | 03/22/07 |
| Consolidator | N |
| G.O.H. | CA |
| F.O.B Point | |

**DOMESTIC PURCHASE ORDER**

P.O. # 01 6035670
**Ship Merchandise to:**
*Marshalls* MAR LAS VEGAS
Distribution Center # 801
41e0 LONE MOUNTAIN ROAD
NORTH LAS VEGAS, NV 89031

P.O. # 06 6035670
**Ship Merchandise to:**
*Marshalls* BRIDGEWATER
Distribution Center # 806
701 N. MAIN STREET
BRIDGEWATER, VA 22812

P.O. # 07 6035670
**Ship Merchandise to:**
*Marshalls* ATLANTA
Distribution Center # 807
2300 MILLER ROAD
DECATUR, GA 30035

P.O. # 09 6035670
**Ship Merchandise to:**
*Marshalls* WOBURN
Distribution Center # 809
85 COMMERCE WAY
WOBURN, MA 01801

| Ln | Vendor Style# | Description | Color | Size | Total | MLV 801 | BRI 806 | ATL 807 | WOB 809 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ML-1292 A | PAMPLONA ANIMAL STOHL | BLACK | | 600 | 97 | 158 | 241 | 120 |
| 2 | ML-1292 A | PAMPLONA ANIMAL STOHL | KHAKI | | 920 | 146 | 205 | 361 | 100 |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |

**IMPORTANT VENDOR INSTRUCTIONS**
NO PARTIAL SHIPMENTS WILL BE ACCEPTED

**SHIPPING and ROUTING:**
- All vendors must be thoroughly familiar with our routing guide, as it is part of this order.
- Any questions regarding starter or ending will the Traffic Dept. @ 1-800-333-1510 or visit our website www.TJXLogistics.com

**TO CONTACT OUR PRE-TICKET HELP DESK:**

| Phone: | 1-800-862-0430 or 1-508-797-5528 |
|---|---|
| E-mail | ticket_info@tjx.com |
| Fax: | 1-508-797-5911 |

**PRE-TICKETING:**
Please contact our Pre-Ticket Help Desk for:
- All pre-ticketing questions
- Tracking ticket shipments

**IMPORTANT TICKETING REMINDERS:**
- NEVER mix T.J.Maxx and Marshalls tickets within in order
- NEVER pack T.J.Maxx merchandise with Marshalls merchandise
- ALWAYS throw away extra tickets when order is complete

**ACCOUNTS PAYABLE:**
- All documents, such as invoices, correspondence, shipping documents, etc. must include the complete P.O. number and department number.
- Marshalls: Must include the distribution center prefix (01, 02, 06, 07, 09). Example: P.O. 06-222033, Dept. 20
- Mail all original invoices to P.O. Box 9120, Framingham, MA 01701.
- DO NOT send invoices with cartons as this will delay payment.
- If you have questions regarding merchandise invoices, call 1-508-390-3407.
- Invoice must designate Marshalls.
- Payment terms are based on receipt date at each designated Marshalls distribution center, if merchandise is received after the 10th of the month, E.O.M. terms begin on the first of the following month.

To: US MERCHANTS INC
Attn: LISA NUNZIATA
Work#: #642856257
Fax #: 1-212-714-1124

**Special Vendor Instructions:**

**Mark All Cartons as Indicated Below:**

From:
Your Company Name _____    Dept.# _____
Address _____    Order # _____
City, State, ZIP Code _____    Vendor Style #: _____
Country _____    Quantity: _____
Carton # _____

To: *Marshalls*
Distribution Center # _____
Address _____
City, State Zip Code _____

This order is subject to all terms and conditions stated in the attached legal and vendor instruction information

**IMPORTANT DO NOT SHIP OR INVOICE WITHOUT ROUTING AND DISTRIBUTION INSTRUCTIONS. PLEASE CALL BUYER IF INSTRUCTIONS ARE NOT RECEIVED WITHIN 5 DAYS. NO PARTIAL SHIPMENTS WILL BE ACCEPTED.**

# *Marshalls*

An affiliate of the TJX Companies, Inc.

PO: 803670    Vendor: US MERCHANTS INC

Page 1 of 7

Domestic PO Number: **803670**
WORKSHEET #: w642864237

| DEPT. NO: | 19 |
|---|---|

**VENDOR:**
US MERCHANTS INC

BUYER: MAUREEN CONVERSE
NO 346

**VENDOR FAX #:**
2127142120

NO: 0H29

Vendor Contact: Lisa Nunziata
Vendor Email:
Lisa.Nunziata@Gmail.com

### FOB POINT

| CITY: | STATE: CA | DDP/POE: |
|---|---|---|
| | WHSE: | No |

### SPECIAL VENDOR INSTRUCTIONS (150 Characters)

### PRE-TICKET INFORMATION

PRE-TICKET: No
VENDOR MAKES TICKETS: No
VENDOR NEEDS TICKETS BY:

VENDOR PACK: No    PRE PACK: No

Total Units: 1500

PRE-TICKET INSTRUCTIONS :

| ORDER DATE | START SHIP DATE | CANCEL CONSOLIDATOR | | |
|---|---|---|---|---|
| Dec-18-2006 | Feb-25-2007 | Mar-22-2007 | | |

### PAYMENT TERMS

| Disc | Days | From | Due |
|---|---|---|---|
| 0.0 | 30 | G | |

Vendor Verification:                    Date:

Buyer:                    Date:

Merchandise Manager:                    Date:

# IRREGULAR, NO HOLES, TEARS, STAINS, OR BROKEN ZIPPERS.    IF SAMPLE DATE(S) APPEAR, THIS ORDER IS SUBJECT TO PRE-PRODUCTION & PRODUCTION SAMPLES APPROVAL

PO: 803670   Vendor: US MERCHANTS INC

Page 2 of 7

| PAGE-LINE | CATG | STYLE | TY PE | UNIT COST | VENDOR STYLE | COLOR | DETAILED DESCRIPTION | CONTENT | MSTR LBL/UCODE | UNITS | VEND PACK | PRE. PACK | MSTR CTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 33.00 | mH-1232 a | khaki | Pamplona animal siight | | fortuna valentino | 800 | 0 | 0 | 0 |
| | | | | | Pre Prod Sample: | | Inspection Required By: | | Hang Tags Description: fortuna valentino | Seas: 0 | Boxed: N | Enc/Coord: | |
| | | | | | When Sold: | | Ticket Type: 0 | | Label Desc: fortuna valentino | | | | |
| | | | | | | | Ticket Message 1: Ticket Message 2: | Stuff Art: N | Hang Tags: Y | Label: Y | | | |
| 0860 | 0 | 1 | | 33.00 | mH-1232 a | khaki | | | fortuna valentino | 900 | 0 | 0 | 0 |
| 1-2 | | | | | Pre Prod Sample: | | Inspection Required By: | | Hang Tags Description: fortuna valentino | Seas: 0 | Boxed: N | Enc/Coord: | |
| | | | | | Where Sold: | | Ticket Type: 0 | | Label Desc: fortuna valentino | | | | |
| | | | | | | | Ticket Message 1: Ticket Message 2: | Stuff Art: N | Hang Tags: Y | Label: Y | | | |

Mragaca - blk
600
800

Khaki
900
900

# DISTRIBUTION AND ROUTING INSTRUCTIONS

11/29/06   11:11 AM   PAGE 01

## DOMESTIC PURCHASE ORDER

**T·J·maxx** (logo)

| | | |
|---|---|---|
| Dept Number | 19 | |
| Order Date | 12/13/06 | |
| Start Ship Date | 02/25/07 | |
| Cancelled if not | | |
| Received by | 03/15/07 | |
| Consolidator | N | |
| G.O.H. | N | |
| F.O.B Point | CA | |

**P.O.# 40 711354**
**Ship Merchandise to:**
T·J·maxx CHARLOTTE
Distribution Center # 894
14700 CAROWINDS BLVD.
CHARLOTTE, NC 28273

**P.O.# 60 711354**
**Ship Merchandise to:**
T·J·maxx WORCESTER
Distribution Center # 896
135 GODDARD DRIVE
WORCESTER, MA 01603

**P.O.# 70 711354**
**Ship Merchandise to:**
T·J·maxx EVANSVILLE
Distribution Center # 897
5701 MAXX ROAD
EVANSVILLE, IN 47711

**P.O.# 80 711354**
**Ship Merchandise to:**
T·J·maxx MAXX LAS VEGAS
Distribution Center # 898
4100 LONE MOUNTAIN ROAD
NORTH LAS VEGAS, NV 89031

| Ln | Vendor Style# | Description | Color | Size | Total 894 | CHA 894 | HOR 896 | EVN 897 | TLV 898 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12798 | NAT PIEDMONT SATCH | NATURAL | | 600 | 151 | 118 | 244 | 87 |
| 2 | | | | | | | | | |
| 3 | ML1278A | BLK NUPRT BSKT BAG | BLACK | | 1200 | 301 | 235 | 499 | 175 |
| 4 | ML1278A | RED NUPRT BSKT BAG | RED | | 900 | 226 | 176 | 367 | 131 |
| 5 | ML1296A | WHT LYNX SATCH | WHITE | | 600 | 152 | 117 | 244 | 87 |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |

## IMPORTANT VENDOR INSTRUCTIONS

### NO PARTIAL SHIPMENTS WILL BE ACCEPTED

#### SHIPPING and ROUTING:

All vendors must be thoroughly familiar with our routing guide, as it is part of this order.

Any questions regarding carrier or routing call the Traffic Dept. at 1-800-333-1510 or visit our web-site www.TJX.costinci.com

#### PRE-TICKETING:

Please contact our Pre-Ticket Help Desk for:
• All pre-ticketing questions
• Tracking ticket shipments

#### TO CONTACT OUR PRE-TICKET HELP DESK:

Phone:  1-800-926-0030 or 1-508-797-5626
E-mail:  tt341_ info@tjx.com
Fax:  1-508-791-5811

#### IMPORTANT TICKETING REMINDERS:

NEVER mix T.J. Maxx and Marshalls tickets within an order

NEVER substitute tickets

• NEVER pack T.J. Maxx merchandise with Marshalls merchandise
• ALWAYS throw away extra tickets when order is complete

#### ACCOUNTS PAYABLE:

All documents, such as invoices, correspondence, shipping documents, etc., must include the complete P.O. number and department number.

T.J. Maxx:  Must include the distribution center prefix (30, 40, 60, 70, 80)  Example: P.O. 60-123456, Dept. 20

Mail all original invoices to: P.O. Box 9123, Framingham, MA 01701.

DO NOT send invoices with cartons as the will delay payment.

If you have questions regarding merchandise invoices, call 1-508-390-3407.

Invoice must designate T.J. Maxx  must ship to only one DC PO and only one DC destination.

Payment terms are based on receipt date.

TO: US MERCHANTS INC
Attn:  LISA NUNZIATA
Wksht: K52225K3198
Fax #: 1-212-714-3128

### Special Vendor Instructions:
PREPRODUCTION AND PRODUCTION SAMPLES RED
UIRED ASAP-PREPRODUCTION AND PRODUCTION
SAMPLES REQUIRED ASAP-PREPRODUCTION AND
PRODUCTION SAMPLES REQUIRED AS

## Mark All Cartons as Indicated Below:

**From:**
Your Company Name _____
Address _____
City, State, ZIP Code _____
Country _____
Carton # _____

Dept. #: _____
Order #: _____
Vendor Style #: _____
Quantity: _____

**To:** T·J·maxx
Distribution Center # _____
Address _____
City, S _____  Zip Code _____

The order is subjected to all terms and conditions stated in the attached legal and vendor information
IMPORTANT: DO NOT SHIP OR INVOICE WITHOUT ROUTING AND DISTRIBUTION INSTRUCTIONS. PLEASE CALL BUYER IF INSTRUCTIONS ARE NOT RECEIVED WITHIN 5 DAYS. NO PARTIAL SHIPMENTS WILL BE ACCEPTED.

# t.j.maxx

An affiliate of the TJX Companies, Inc.

PO: 711354   Vendor: 0

Page 1 of 7

| VENDOR: | DEPT. NO: 19 | Domestic PO Number: 711354 |
| | | WORKSHEET #: w322593158 |

FORTUNA VALENTINO

| VENDOR FAX #: 2127142120 | NO: 0 | BUYER: MAUREEN CONVERSE NO 348 |

Vendor Contact: Lisa Nunziata
Vendor Email: Lisa.Nunziata@Gmail.com

**PRE-TICKET INFORMATION**

PRE-TICKET: No
VENDOR MAKES TICKETS: No
VENDOR NEEDS TICKETS BY:

**FOB POINT**

| CITY: Los Angeles | STATE: CA WHSE: | DDP/POB: No |

**SPECIAL VENDOR INSTRUCTIONS (150 Characters)**

preproduction and production samples required asap-preproduction and production samples required asap
preproduction and production samples required asap

VENDOR PACK: No    PRE PACK: No

Total Units: 3300

Distro

PRE-TICKET INSTRUCTIONS:

| ORDER DATE | START SHIP DATE | CANCEL CONSOLIDATOR |
| Oct-13-2006 | Feb-25-2007 | Mar-15-2007 |

**PAYMENT TERMS**

| Disc | Days | From | Due |
| 0.0 | 30 | G | |

Vendor Verification:

Date:            Buyer:            Date:            Merchandise Manager:            Date:

IF IRREGULAR, NO HOLES, TEARS, STAINS, OR BROKEN ZIPPERS.    IF SAMPLE DATE(S) APPEAR, THIS ORDER IS SUBJECT TO PRE-PRODUCTION & PROD/PATTERN SAMPLE(S) APPROVAL

PO: 711354    Vendor: 0

| PAGE-LINE | CATG | STYLE | TY PE | UNIT COST | VENDOR STYLE | COLOR | DETAILED DESCRIPTION | CONTENT | | | MSTR LBL/CODE | UNITS | VEND PACK | PRE-PACK | MSTR CTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-1 | 0690 | 0 | | 39.00 | 1279t | natlwt | hlst shipment satchl | Stuff Art: N | Hang Tags: Y | | fortuna valentino | 800 | 0 | 0 | 0 |
| | | | | Prod Sample: | | | Inspection Required By: | | | | Hang Tags Description: fortuna valentino | Sels: 0 | Boxed: N | Ent/Coord: | |
| | Pre Prod Sample(s): | | | Where Sold: | | | Ticket Type: t | Ticket Message 1: Ticket Message 2: | | Label: Y | Label Desc: fortuna valentino | | | | |
| 1-2 | 0690 | 0 | 1 | 17.00 | mlt1278a | black | blk nwprt bskt bag | Stuff Art: N | Hang Tags: Y | | fortuna valentino | 1200 | 0 | 0 | 0 |
| | | | | Prod Sample: | | | Inspection Required By: | | | | Hang Tags Description: fortuna valentino | Sels: 0 | Boxed: N | Ent/Coord: | |
| | Pre Prod Sample: | | | When Sold: | | | Ticket Type: t | Ticket Message 1: Ticket Message 2: | | Label: Y | Label Desc: fortuna valentino | | | | |
| 1-3 | 0695 | 0 | 1 | 17.00 | mlt1278a | red | red nwprt bskt bag | Stuff Art: N | Hang Tags: Y | | fortuna valentino | 900 | 0 | 0 | 0 |
| | | | | Prod Sample: | | | Inspection Required By: | | | | Hang Tags Description: fortuna valentino | Sels: 0 | Boxed: N | Ent/Coord: | |
| | Pre Prod Sample: | | | When Sold: | | | Ticket Type: t | Ticket Message 1: Ticket Message 2: | | Label: Y | Label Desc: fortuna valentino | | | | |
| 1-4 | 0280 | 0 | 1 | 33.00 | mlt1290a | white | wht lynx satchl | Stuff Art: N | Hang Tags: Y | | fortuna valentino | 500 | 0 | 0 | 0 |
| | | | | Prod Sample: | | | Inspection Required By: | | | | Hang Tags Description: fortuna valentino | Sels: 0 | Boxed: N | Ent/Coord: | |
| | Pre Prod Sample: | | | When Sold: | | | Ticket Type: t | Ticket Message 1: Ticket Message 2: | | Label: Y | Label Desc: fortuna valentino | | | | |

# DISTRIBUTION AND ROUTING INSTRUCTIONS

11/29/06   07:16 PM   PAGE 01

## DOMESTIC PURCHASE ORDER

Page 1 of 1

## Marshalls

| | |
|---|---|
| Dept Number | 19 |
| Order Date | 10/13/06 |
| Start Ship Date | 02/25/07 |
| Cancelled if not | 03/15/07 |
| Received by | |
| Consolidator | N |
| G.O.H. | CA |
| F.O.B Point | |

**P.O. # 01 711355**
Ship Merchandise to:
Marshalls MAR LAS VEGAS
Distribution Center # 881
4100 LONE MOUNTAIN ROAD
NORTH LAS VEGAS, NV 89031

**P.O. # 06 711355**
Ship Merchandise to:
Marshalls BRIDGEWATER
Distribution Center # 986
701 N. MAIN STREET
BRIDGEWATER, VA 22812

**P.O. # 07 711355**
Ship Merchandise to:
Marshalls ATLANTA
Distribution Center # 887
2350 MILLER ROAD
DECATUR, GA 30035

**P.O. # 08 711355**
Ship Merchandise to:
Marshalls HOBURN
Distribution Center # 889
83 COMMERCE WAY
HOBURN, MA 01801

| Ln | Vendor Style# | Description | Color | Size | Total PLV 881 | BRI 886 | ATL 887 | HOB 889 |
|---|---|---|---|---|---|---|---|---|
| 1 | ML1292A | BLK PAMPLONA ANML SATCHL | BLACK | | 600 | 141 | 907 | 898 |
| 2 | ML1292A | KHK PAMPLONA ANML SATCHL | KHAKI | | 900 | 188 | 264 | 123 |
| 3 | ML1291A | NAT NATIVE STRW BG | NATURAL | | 1200 | 212 | 395 | 185 |
| 4 | | | | | | 299 | 449 | 293 |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |

## IMPORTANT VENDOR INSTRUCTIONS

NO PARTIAL SHIPMENTS WILL BE ACCEPTED

### SHIPPING and ROUTING:

All vendors must be thoroughly familiar with our routing guide, as it is part of this order.

Any questions regarding carrier or routing call the Traffic Dept. at 1-800-335-1510 or visit our web-site: www.TJXLogistics.com

### PRE-TICKETING:
Please contact our Pre-Ticket Help Desk for:
- All pre-ticketing questions
- Tracking ticket shipments

### TO CONTACT OUR PRE-TICKET HELP DESK:

| Phone: | 1-800-462-0830 or 1-508-707-5928 |
|---|---|
| E-mail: | ticket_info@tjx.com |
| Fax: | 1-508-791-0911 |

### IMPORTANT TICKETING REMINDERS:

- NEVER mix T.J. Maxx and Marshalls tickets within an order
- NEVER substitute tickets
- NEVER pack T.J. Maxx merchandise with Marshalls merchandise

**ALWAYS throw away extra tickets when order is complete**

### ACCOUNTS PAYABLE:

- All documents, such as invoices, correspondence, shipping documents, etc. must include the complete P.O. number and department number.
- Marshalls: Must include the distribution center prefix (01, 03, 06, 07, 08). Example: P.O. 08-222333, Dept. 20
- Mail all original invoices to P.O. Box 9124, Framingham, MA 01701.
- DO NOT send invoices with cartons as they will delay payment.
- Invoice must designate Marshalls; must route to only one DC PO and only one DC destination.

**Payment terms are based on receipt date** at designated Marshalls distribution center.

## Mark All Cartons as Indicated Below:

**To:** US MERCHANTS INC
**Attn:** LISA NUNZIATA
**Wkshit:** 4232583158
**Fax #:** 1-212-714-2120

**Special Vendor Instructions:**
PREPRODUCTION AND PRODUCTION SAMPLES REQUIRED ASAP–PREPRODUCTION AND PRODUCTION SAMPLES REQUIRED ASAP–PREPRODUCTION AND PRODUCTION SAMPLES REQUIRED AS

**From:**
Your Company Name ___
Address ___
City, State, ZIP Code ___
Country ___
Carton # ___

Dept. #: ___
Order #: ___
Vendor Style #: ___
Quantity: ___

**To:** Marshalls
Distribution Center # ___
Address ___
City, Str ___   Zip Code ___

This order is subject to all terms and conditions stated in the attached legal and vendor instructions information
IMPORTANT: DO NOT SHIP OR INVOICE WITHOUT ROUTING AND DISTRIBUTION INSTRUCTIONS. PLEASE CALL BUYER IF INSTRUCTIONS ARE NOT RECEIVED WITHIN 5 DAYS. NO PARTIAL SHIPMENTS WILL BE ACCEPTED.

# Marshalls.

An affiliate of the TJX Companies, Inc.

PO: 711355  Vendor: 0

Page 1 of 7

| DEPT. NO: | Domestic PO Number: 711355 | | |
|---|---|---|---|
| 19 | WORKSHEET #: w322563158 | | |

Distro

| **FOB POINT** | | |
|---|---|---|
| CITY: | STATE: CA | DDP/POE: |
| Los Angeles | WHSE: | No |

| VENDOR: | | |
|---|---|---|
| FORTUNA VALENTINO | | |

| VENDOR FAX #: | NO: 0 | BUYER: MAUREEN CONVERSE |
|---|---|---|
| 2127142120 | | NO 348 |

**SPECIAL VENDOR INSTRUCTIONS (150 Characters)**

preproduction and production samples required asap-preproduction and production samples required asap
preproduction and production samples required asap

Vendor Contact:Lisa Nunziata
Vendor Email:
Lisa.Nunziata@Gmail.com

**PRE-TICKET INFORMATION**

PRE-TICKET: No
VENDOR MAKES TICKETS: No
VENDOR NEEDS TICKETS BY:

| VENDOR PACK: No | PRE PACK: No |
|---|---|

| Total Units: 2700 |
|---|

PRE-TICKET INSTRUCTIONS :

| **CANCEL CONSOLIDATOR** | |
|---|---|
| Mar-15-2007 | |

| **PAYMENT TERMS** | | | |
|---|---|---|---|
| Disc | Days | From | Due |
| 0.0 | 30 | G | |

| ORDER DATE | START SHIP DATE |
|---|---|
| Oct-13-2006 | Feb-25-2007 |

Vendor Verification:

Date:

Buyer:

Date:

Merchandise Manager:

Date:

PO: 711355    Vendor: 0

Page 2 of 7

IF IRREGULAR, IRO VOLES, TEARS, FFLAWS, OR BROKEN ZPPEERS.    IF SAMPLE DATE(S) APPEAR.    THIS ORDER IS SUBJECT TO PRE-PRODUCTION & PRODUCTION SAMPLE(S) APPROVAL

| PAGE-LINE | CATG | STYLE | TY PE | UNIT COST | VENDOR STYLE | COLOR | DETAILED DESCRIPTION | CONTENT | MSTR LBL/CODE | UNITS | VEND PACK | PRE-PACK | CTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-1 | 0690 | 0 | | 33.00 | mii292a | Black | blk pamplona ammf satchl | | fortuna valentino | Sga | Sets: 0 | Boxed: N | Ens/Coord: 0 |
| | | | | | Pre Prod Sample: | | Inspection Required By: | Stuff Anti: N | Hang Tags Classification: fortuna valentino | | | | |
| | | | | | When Sold: | Ticket Type: 6 | Ticket Message 1: Ticket Message 2: | Hang Tags: Y | Label Desc: fortuna valentino | | | | |
| | | | | | | | | Label: Y | | | | | |
| 1-2 | 0690 | 0 | 1 | 33.00 | mii292a | khaki | khk pamplona ammf satchl | | fortuna valentino | 900 | Sets: 0 | Boxed: N | Ens/Coord: 0 |
| | | | | | Pre Prod Sample: | | Inspection Required By: | Stuff Anti: N | Hang Tags Description: fortuna valentino | | | | |
| | | | | | Where Sold: | Ticket Type: 6 | Ticket Message 1: Ticket Message 2: | Hang Tags: Y | Label Desc: fortuna valentino | | | | |
| | | | | | | | | Label: Y | | | | | |
| 1-3 | 0690 | 0 | 1 | 17.00 | mii291a | natural | narrative strw bg | | fortuna valentino | 1200 | Sets: 0 | Boxed: N | Ens/Coord: 0 |
| | | | | | Pre Prod Sample: | | Inspection Required By: | Stuff Anti: N | Hang Tags Description: fortuna valentino | | | | |
| | | | | | Where Sold: | Ticket Type: 6 | Ticket Message 1: Ticket Message 2: | Hang Tags: Y | Label Desc: fortuna valentino | | | | |
| | | | | | | | | Label: Y | | | | | |