UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

FASHION WORLD, LTD.,

Plaintiff,

-vs-

JEFF GREEN, ZIARI INTERNATIONAL, LTD., US MERCHANTS FINANCIAL GROUP, INC., THE MERCHANT OF TENNIS, INC., LISA NUNZIATA and METAMORPHOSIS, INC.

Defendants.

---x

07-CV-6108 (PKC)

**AFFIRMATION OF SERVICE**

John Ambramyan affirms, declares and certifies under penalty of perjury:

1. I am not a party to this action and am 18 years of age.

2. I am employed by TURBO MESSENGER, with offices at 4829 Lexington Avenue, #112 Los Angeles, California.

3. On June 29, 2007, I made a good faith attempt at serving by hand delivery a true copy of the **SUMMONS, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, DECLARATION IN SUPPORT OF PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY, MEMORANDUM OF LAW AND ORDER TO SHOW CAUSE** upon defendants Jeff Green, Ziari International, Ltd. ("Ziari"), US Merchants Financial Group, Inc. ("USM") and The Merchant of Tennis, Inc. ("MOT"), at 8737 Wilshire Blvd., Beverly Hills, CA 90211.

4. Jeff Green was not available to accept service for himself and on behalf of defendants Ziari, USM and MOT on June 29, 2007.

5. On July 2, 2007, I completed service upon all defendants by hand delivery of a true copy of the aforementioned documents to Jeff Green at 8737 Wilshire Blvd., Beverly Hills, CA 90211.

Dated: July 12, 2007

JOHN ABRAMYAN

Sworn to before me
this 12th day, July 2007

NOTARY PUBLIC

KATHY A. SZABADOS
Commission # 1520700
Notary Public - California
Los Angeles County
My Comm. Expires Oct 20, 2008