# HELLER, HOROWITZ & FEIT, P.C.

| | | |
|---|---|---|
| JACOB W. HELLER<br>RICHARD F. HOROWITZ<br>ELI FEIT<br>LAWRENCE J. TOSCANO<br>STUART A. BLANDER<br>MAURICE W. HELLER<br>ALAN A. HELLER<br>CLIFFORD J. BOND<br><br>ALLEN M. EISENBERG<br>JOSEPH S. SCHICK<br>EVAN R. SCHUSTERMAN | ATTORNEYS AT LAW<br>292 MADISON AVENUE<br>NEW YORK, N.Y. 10017<br>(212) 685-7600 | NAHUM L. GORDON<br>MARTIN STEIN<br>COUNSEL<br><br>CABLE ADDRESS<br>HELLFEITER, N.Y.<br><br>TELECOPIER<br>(212) 696-9459<br><br>WORLD WIDE WEB<br>HTTP://WWW.HHANDF.COM<br><br>WRITER'S E-MAIL<br>SABLANDER@HHANDF.COM |

July 16, 2007

<u>Via ECF and By Fax: 212-805-7949</u>
Honorable P. Kevin Castel
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Fashion World Ltd. v. Green, et al.*
      *Case No. 07-CV-6108; Application to be Argued July 6, 2007*

Dear Judge Castel:

  We represent defendants Jeff Green, Ziari International Ltd., US Merchants Financial Group, Inc. and The Merchant of Tennis Inc in the above referenced action. We submit herewith a fully executed Stipulation extending all of the defendants' time to answer or move with respect to the Complaint until August 15, 2007. We respectfully request that Your Honor "so order" the Stipulation.

                Respectfully submitted,

                Stuart A. Blander (SB2510)

SAB:cfd

cc: Joseph Mattone, Esq.
   Attorney for Defendants Nunziata and Metamorphisis, Inc.

   Richard Turyn, Esq.
   Attorney for Plaintiff

(173050)