177220

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X     07-CV-6108
FASHION WORLD, LTD.,

                Plaintiff,

-against-

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,          STIPULATION
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHISIS, INC.,

                Defendants.
------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys, that the time for defendants to answer or move with respect to the Complaint (except as to the propriety of service of the Summons and Complaint, which is admitted) is extended through and including August 15, 2007. This Stipulation may be signed by fax or via email.

Dated: New York, New York
      July 16, 2007

HELLER, HOROWITZ & FEIT, P.C.        MATTONE, MATTONE, MATTONE, LLP

By: _____          By: _____
    Stuart A. Blander, Esq.                    Joseph Mattone, Esq.
Attorneys for Defendants              Attorneys for Defendants
Jeff Green, Ziari International, Ltd.,    Lisa Nunziata and Metamorphosis, Inc.
Us Merchants Financial Group, Inc.,     134-01 20th Avenue
The Merchant Of Tennis, Inc.            College Point, NY 11356
292 Madison Avenue
New York, New York 10017


BALLON STOLL BADER & NADLER, P.C.    SO-ORDERED

By: _____
    Richard Turyn                          USDJ
Attorneys for Plaintiff
1450 Broadway
New York, New York 10018