UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FASHION WORLD, LTD.,

                              Plaintiff,

    -against-

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHISIS, INC.,

                              Defendants.
------------------------------------------------------X

07-CV-6108

STIPULATION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

        IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys, that the time for defendants to answer or move with respect to the Complaint (except as to the propriety of service of the Summons and Complaint, which is admitted) is extended through and including August 15, 2007. This Stipulation may be signed by fax or via email.

Dated: New York, New York
       July 16, 2007

HELLER, HOROWITZ & FEIT, P.C.

By: _____
    Stuart A. Blander, Esq.
Attorneys for Defendants
Jeff Green, Ziari International, Ltd.,
Us Merchants Financial Group, Inc.,
The Merchant Of Tennis, Inc.
292 Madison Avenue
New York, New York 10017

MATTONE, MATTONE, MATTONE, LLP

By: _____
    Joseph Mattone, Esq.
Attorneys for Defendants
Lisa Nunziata and Metamorphosis, Inc.
134-01 20th Avenue
College Point, NY 11356

BALLON STOLL BADER & NADLER, P.C.

By: _____
    Richard Turyn
Attorneys for Plaintiff
1450 Broadway
New York, New York 10018

SO-ORDERED

_____
USDJ

7-19-07