UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FASHION WORLD, LTD.,

                             Plaintiff,

    -against-

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHOSIS, INC.,

                             Defendants.
----------------------------------------------------------X

Index No.: 07-CV-6108

*RULE 7.1 DISCLOSURE STATEMENT*

       Pursuant to Federal Rule of Civil Procedure 7.1(a), we hereby certify, based upon information provided by defendants, that corporate defendants Ziari International, Ltd., US Merchants Financial Group, Inc., The Merchant of Tennis, Inc., do not have any corporate or other parents, subsidiaries or affiliates, securities or other interests in which are publicly held.

Dated: New York, New York
       July 5, 2007

                                      HELLER HOROWITZ & FEIT, P.C.

                                      By: _____
                                           Stuart A. Blander (SB 2510)
                                          292 Madison Avenue
                                          New York, New York 10017
                                          (212) 685-7600
                                          *Attorneys for Defendants Ziari International, Ltd., US Merchants Financial Group, Inc., The Merchant of Tennis, Inc., and Jeff Green*

TO:    Joseph Mattone
        134-01 20th Avenue
        College Point, New York 11356
        (718) 353-8880 x104
        *Attorneys for Defendants Lisa Nunziata and Metamorphosis, Inc.*

        Vano I. Haroutunian, Esq.
        Ballon Stoll Bader & Nadler, PC
        1450 Broadway
        New York, New York 10018
        *Attorneys for Plaintiff*