Fashion World, et. al., Plaintiff(s)
vs.
Darryl Maynard, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-

APS File #:  085110-0001

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

HELLER, HOROWITZ & FEIT
Ms. Emily E. Axelrod
292 Madison Avenue
New York, NY 10017-6307

--Darryl Maynard
Court Case No. 07-CV-6108

State of: _California_ ) ss.
County of: _Orange_ )

**Name of Server:** _Fred Sloan_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5_ day of _Sept_, 20 _07_, at _8:42_ o'clock _P_ M

**Place of Service:** at _1020 East Valencia Blvd._, in _Burbank, CA 91501_

**Documents Served:** the undersigned served the documents described as:
**Summons on Additional Cross-Claim Defendants; Answer Counterclaims; Cross-Claim (JuryTrail Demanded)**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Darryl Maynard

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of _Annie Maynard_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Darryl Maynard at the place of service, and whose relationship to the person is: _wife_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _asian_; Hair Color _blk_; Facial Hair ____
Approx. Age _50_; Approx. Height _5'2_; Approx. Weight _135_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this
_6_ day of _Sept_, 20 _07_

_[signature] Sandy M. Gelnaw_
Notary Public    (Commission Expires)



SANDY M. GELNAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010