177671.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X         07-CV-6108

FASHION WORLD, LTD.,

       Plaintiff,

-against-

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,      AFFIDAVIT OF
US MERCHANTS FINANCIAL GROUP, INC.,       SERVICE
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHISIS, INC.,

       Defendants,

-and-

DARRYL MAYNARD, PING LEUNG and ALEX CHANG,

       Additional Cross-Claim
       Defendants,

-and-

BRUNO CONDI and FORTUNA VALENTINO,

       Additional Counterclaim
       Defendants.

-----------------------------------------------------------X

STATE OF NEW YORK     )
COUNTY OF NEW YORK  )   ss:

       Stuart A. Blander, being duly sworn, deposes and says:

       I am not a party to the within action, am over 18 years of age and reside in Kings County, New York. I am a member of Heller Horowitz & Feit, P.C., attorneys for Cross-Claim Plaintiffs.

1

177671.2

      On September 4, 2007, I served the Summons on Additional Counterclaim Defendants and Answer, Counterclaims and Cross-Claims on Additional Counterclaim Defendants Bruno Condi and Fortuna Valentino by causing to be personally delivered a copy of such papers to their attorneys, Ballon Stoll Bader & Nadler, P.C., 1450 Broadway, New York, New York, which attorneys agreed to accept service of such process on behalf of ~~the~~ Additional Counterclaim Defendants.

                                             Stuart A. Blander

Sworn to before me this
10th day of September, 2007.

*Carmela F. D'Amante*
Notary Public

CARMELA F. D'AMANTE
Notary Public, State of New York
No. 01D 4865020
Qualified in Richmond County
Commission Expires July 7, ~~19~~ 2010

2