UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
FASHION WORLD, LTD.,

                Plaintiff

   against:

JEFF GREEN, ZIARI INTERNATIONAL., LTD.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHISIS, INC.,

                Defendants,

   -and-

DARYL MAYNARD, PING LEUNG and
ALEX CHANGE,

                Additional Cross-Claim
                Defendants,

   -and-

BRUNO CONDI and FORTUNA VALENTINO,

                Additional Counterclaim
                Defendants
-----------------------------------------X

07-CV-6108 (PKC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07

STIPULATION

    IT IS HEREBY STIPULATION AND AGREED, by and among the undersigned attorneys that the time for Cross-Claim Defendant Daryl Maynard to answer or move with respect to the Cross-Claim is extended through and including October 16, 2007. This Stipulation may be signed in counterparts and by facsimile or electronic signature.

Dated, September 17, 2007

HELLER, HOROWITZ & FEITZ P.C.

By: _____ 562510
   Stuart A. Blander, Esq.
Attorneys for Defendants Jeff Green,
Ziari International, Ltd., US Merchants
Financial Group., The Merchants of
Tennis, Inc.
292 Madison Avenue
New York, New York 10017

BORGES & ASSOCIATES, LLC.

By: _____ Wanda Borges
   Wanda Borges, Esq.
Attorney for Cross-Claim Defendant Daryl Maynard
575 Underhill Blvd.
Syosset, New York 11791

BALLON STOLL BADER & NADLER, P.C.

By: _____
   Vano Haroutunian
Attorneys for Plaintiff
1450 Broadway
New York, New York 10018

SO ORDERED

_____
USDJ

9-19-07