```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

FASHION WORLD, LTD.,

07-CV-6108

                                    Plaintiff,

            - against -                          **STIPULATION AND ORDER**

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHOSIS, INC.,

                                    Defendants.
---------------------------------------------------------x

        It is hereby stipulated, consented to and agreed, by and between plaintiff and
defendants Lisa Nunziata and Metamorphosis, Inc., that as between said parties this action
is dismissed, without prejudice and without costs to either party. The Court shall retain
jurisdiction.

Dated:        New York, New York
              September 21, 2007


                                                BALLON STOLL BADER & NADLER, P.C.


By: _Bernard Ferrera_                           By: _____
Bernard Ferrera (BF 6787)                           Vano I. Haroutunian (VH1010)
Attorneys for Stipulating Defendants            *Attorneys for Plaintiff*
                                                1450 Broadway – 14th Floor
                                                New York, New York 10018
                                                (212) 575-7900

SO ORDERED

_____
            U.S.D.J