# MEMO ENDORSED

## HELLER, HOROWITZ & FEIT, P.C.

JACOB W. HELLER
RICHARD F. HOROWITZ
ELI FEIT
LAWRENCE J. TOSCANO
STUART A. BLANDER
MAURICE W. HELLER
ALAN A. HELLER
CLIFFORD J. BOND

ALLEN M. EISENBERG
JOSEPH S. SCHICK
EVAN R. SCHUSTERMAN

ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, N.Y. 10017
(212) 685-7600

NAHUM L. GORDON
MARTIN STEIN
COUNSEL

CABLE ADDRESS
HELLFEITER, N.Y.

TELECOPIER
(212) 696-9459

WORLD WIDE WEB
HTTP://WWW.HHANDF.COM

WRITER'S E-MAIL
SABLANDER@HHANDF.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

October 3, 2007

Via ECF and By Fax: 212-805-7949
Honorable P. Kevin Castel
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

> The November 16 conference will be converted to a premotion conference on this application to file a default motion, as well as a pretrial conference. SO ORDERED. [signature] USDJ 10-3-07

Re:   Fashion World Ltd. v. Green, et al.
       Case No. 07-CV-6108

Dear Judge Castel:

We represent defendants Jeff Green, Ziari International Ltd., US Merchants Financial Group, Inc. and The Merchant of Tennis Inc. (the "Green Defendants") in the above referenced action. Pursuant to Rule 2(a)(1) of Your Honor's Rules, we respectfully request a pre-motion conference in connection with our clients' intention to make a motion for a default judgment under Rule 55(b)(2) of the Federal Rules of Civil Procedure against co-defendants Lisa Nunziata and Metamorphosis, Inc., based upon said co-defendants' default in responding to the Green Defendants' Cross-Claims.

On August 15, 2007, the Green Parties filed their Answer, Counterclaims and Cross-Claims in this matter, asserting a number of cross-claims against defendants Lisa Nunziata and Metamorphosis, Inc. Pursuant to Rules 5(b)(1)(D), 6(e) and 12(a)(2) of the Federal Rules of Civil Procedure, Ms. Nunziata and Metamorphosis were required to file an answer to the Cross-Claims within twenty three days of the filing of the Green Parties' Answer on ECF, or by September 7, 2007. No response was, however, filed or served and Nunziata and Metamorphosis are accordingly now in default. [1]

---

[1] The Answer also asserts cross-claims against Additional Cross-Claim Defendants Ping Lung and Alex Chang; however, we have to date been unable to effect service on these parties.

(173050)

**HELLER, HOROWITZ & FEIT, P.C.**

Honorable P. Kevin Castel
October 3, 2007
Page 2

By letter dated September 24, 2007, directed to counsel for Nunziata and Metamorphosis, I pointed out the default and demanded that an Answer to the Cross-Claims be filed and served. Once again, no answer has been received.[2]

The parties are scheduled to appear before Your Honor for a discovery conference on November 16, 2007 at 10:45 A.M. It is respectfully requested that the pre-motion conference be held at that time as well.

Respectfully submitted,

Stuart A. Blander (SB2510)

SAB:cfd

cc: Joseph Mattone, Esq.
Bernard F. Ferrera, Esq.
Attorneys for Defendants Nunziata and Metamorphisis, Inc.

Richard Turyn, Esq.
Attorney for Plaintiff

Wanda Borges, Esq.
Attorney for Additional Cross-Claim Defendant Darryl Maynard

---

[2] In a "stipulation and order" plaintiff has purported to dismiss without prejudice its claims against Nunziata and Metamorphosis. Putting aside the question of whether the stipulation complies with Rule 41(a) of the Federal Rules of Civil Procedure, such dismissal can, of course, have no impact upon the Green Parties' previously filed Cross-Claims against Nunziata and Metamorphosis.

(173050)