```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| FASHION WORLD, LTD.<br><br>               Plaintiff,<br><br>    v.<br><br>JEFF GREEN, ZIARI INTERNATIONAL, LTD., US MERCHANTS FINANCIAL GROUP, INC., THE MERCHANT OF TENNIS, INC., LISA NUNZIATA and METAMORPHOSIS, INC.,"<br><br>               Defendants. | ECF CASE<br><br>07-CV-6108<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

TO:   Clerk of Court
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, NY 10007

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as Filing User to whom Notice of Electronic Filing will be transmitted in this case.

                                    Respectfully submitted

                                    MOSKOWITZ & BOOK, LLP

                                    By: /s/ _____
                                          Susan J. Walsh
                                   1372 Broadway, Suite 1402
                                   New York, NY 10018
                                   Tel: 212-221-7999
                                   Fax: 212-398-8835
                                   swalsh@moskowitzandbook.com

                                   Attorneys for Defendants
                                     Lisa Nunziata and
                                     Metamorphosis, Inc.

## AFFIDAVIT OF SERVICE

BRENDA G. BENNETT, under penalty of perjury, deposes and says that: I am over the age of 18 and reside in Bronx County, New York. I am not a party to this action. On October 15, 2007, I caused to be served the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION, via electronic filing through the Court's ECF system and via first-class mail, upon:

Vano I. Haroutunian, Esq.
Ballon, Stoll, Bader and Nadler
1450 Broadway
New York, NY 10018

Stuart Arlin Blander, Esq.
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017

Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Boulevard
Syosset, NY 11791

by depositing a true and correct copy thereof in a post-paid securely sealed, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within this State.

_____
BRENDA G. BENNETT

Sworn to before me this
15th day of October, 2007

_____
Notary Public
Avraham C. Moskowitz
Notary Public, State of New York
No. 02M06134521
Qualified in Nassau County
Commission Expires October 3, 2009