UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FASHION WORLD, LTD.,

                      Plaintiff,

- against -

JEFF GREEN, ZIARI INTERNATIONAL, Ltd.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHOSIS, INC.,

                      Defendants.

and

DARRYL MAYNARD, PING LEUNG and ALEX CHANG,

       Additional Cross-Claim
       Defendants,

and

Bruno Condi and Fortuna Valentino,

       Additional Counterclaim
       Defendants.

07 Civ. 6108 (PKC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NEW YORK  )

      BRENDA G. BENNETT, hereby declares under penalty of perjury: I am not a party to this action, am over the age of 18 years, and reside in Bronx County County, New York State. On the 31st day of October, 2007, I served, via filing through the Court's ECF system, a true copy of the foregoing Cross-Claim Defendants Nunziata And Metamorphosis, Inc.'s Answer to Cross-Claims by Green Defendants, upon:

        Stuart Arlin Blander, Esq.
        Heller, Horowitz & Feit, P.C.
        292 Madison Avenue
        New York, NY 10017

Richard Turyn, Esq.
Ballon, Stoll, Bader and Nadler
1450 Broadway
New York, NY 10018

Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Boulevard
Syosset, NY 11791

_____
BRENDA G. BENNETT

Affirmed to before me this
31st day of October, 2007.

_____
Notary Public

Philip A. Ponterio
Notary Public, State of New York
No. 01PO6175176
Qualified in Richmond County
Commission Expires October 9, 2011

2