Susan J. Walsh, Esq. (SW 9938)
Chaim Book, Esq. (CB 4652)
Moskowitz & Book, LLP
1372 Broadway, Suite 1402
New York, New York 10018
(212) 221-7999
**Attorneys For Cross-Claim Defendants**
**Nunziata and Metamorphosis, Inc.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FASHION WORLD, LTD.,

                    Plaintiff,

  - against –

JEFF GREEN, ZIARI INTERNATIONAL, Ltd., US
MERCHANTS FINANCIAL GROUP, INC., THE
MERCHANT OF TENNIS, INC., LISA NUNZIATA
and METAMORPHOSIS, INC.,

                    Defendants.

and

DARRYL MAYNARD, PING LEUNG and ALEX
CHANG,

Additional Cross-Claim Defendants

and

Bruno Condi and Fortuna Valentino,

Additional Counterclaim Defendants.

07 Civ. 6108 (PKC)

CROSS-CLAIM DEFENDANT
METAMORPHOSIS, INC.,
<u>Rule 7.1 Statement</u>

Pursuant to Federal Rule of Civil Procedure 7.1 (Formerly Local General Rule 1.9 of the Local Civil Rules of the Southern District of New York) and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for cross-claim defendant METAMORPHOSIS, INC. certifies that cross-claim

defendant <u>does not</u> have any corporate parents, subsidiaries, or affiliates which are publicly held.

Dated:   New York, New York
         October 31, 2007

MOSKOWITZ & BOOK, LLP

By: _____
Susan J. Walsh (SW 9938)
Attorneys for Defendants
1372 Broadway, Suite 1402
New York, New York 10018
(212) 221-7999
