UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FASHION WORLD, LTD.,

                        Plaintiff,        07 Civ. 6108 (PKC)

- against -

JEFF GREEN, ZIARI INTERNATIONAL, Ltd.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHOSIS, INC.,      **AFFIDAVIT OF SERVICE**

                        Defendants.

and

DARRYL MAYNARD, PING LEUNG and ALEX CHANG,

        Additional Cross-Claim
        Defendants,

and

Bruno Condi and Fortuna Valentino,

        Additional Counterclaim
        Defendants.

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK  )

      BRENDA G. BENNETT, hereby declares under penalty of perjury: I am not a party to this action, am over the age of 18 years, and reside in Bronx County County, New York State. On the 1st day of November, 2007, I served, via filing through the Court's ECF system, a true copy of the Cross-Claim Defendant Metamorphosis, Inc.'s Rule 7.1 Statement, upon:

        Stuart Arlin Blander, Esq.
        Heller, Horowitz & Feit, P.C.
        292 Madison Avenue
        New York, NY 10017

Richard Turyn, Esq.
Ballon, Stoll, Bader and Nadler
1450 Broadway
New York, NY 10018

Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Boulevard
Syosset, NY 11791

                                                BRENDA G. BENNETT

Affirmed to before me this
1st day of November, 2007.

_____
Notary Public

Philip A. Ponterio
Notary Public, State of New York
No. 01PO6175176
Qualified in Richmond County
Commission Expires October 9, 2011

2