Chaim B. Book
MOSKOWITZ & BOOK, LLP
1372 Broadway, Suite 1402
New York, NY  10018
Tel:  212-221-7999

Attorneys for Defendants
Lisa Nunziata and Metamorphosis, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FASHION WORLD, LTD.

                    Plaintiff,

        v.

JEFF GREEN, ZIARI INTERNATIONAL,
LTD., US MERCHANTS FINANCIAL GROUP,
INC., THE MERCHANT OF TENNIS, INC.,
LISA NUNZIATA and METAMORPHOSIS,
INC.,"

                    Defendants.

---

**ECF CASE**

**07-CV-6108**

**NOTICE OF APPEARANCE AND
REQUEST FOR ELECTRONIC
NOTIFICATION**

TO:  Clerk of Court
     United States District Court
     Southern District of New York
     500 Pearl Street
     New York, NY 10007

        The undersigned attorney respectfully requests the
Clerk to note his appearance in this case and to add him as
Filing User to whom Notice of Electronic Filing will be
transmitted in this case.

Dated:  New York, New York
        November 1, 2007              Respectfully submitted

                                      MOSKOWITZ & BOOK, LLP


                                      By: _____
                                          Chaim B. Book
                                      1372 Broadway, Suite 1402
                                      New York, NY  10018
                                      Tel:  212-221-7999
                                      Fax:  212-398-8835
                                      cbook@moskowitzandbook.com

                                      Attorneys for Defendants
                                        Lisa Nunziata and
                                        Metamorphosis, Inc.

cc:  ALL ATTORNEYS OF RECORD

**AFFIDAVIT OF SERVICE**

BRENDA G. BENNETT, under penalty of perjury, deposes and says that:  I am over the age of 18 and reside in Bronx County, New York.  I am not a party to this action.  On November 1, 2007, I caused to be served the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION, via electronic filing through the Court's ECF, upon:

Vano I. Haroutunian, Esq.
Ballon, Stoll, Bader and
  Nadler
1450 Broadway
New York, NY 10018

Stuart Arlin Blander, Esq.
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017

Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Boulevard
Syosset, NY 11791

_____
BRENDA G. BENNETT

Sworn to before me this
1st day of November, 2007

_____
Notary Public

Philip A. Ponterio
Notary Public, State of New York
No. 01PO6175176
Qualified in Richmond County
Commision Expires October 9 2011

2