# E-Mail Exchange During September and October 2005

# Annexed as Exhibit 1 to Third-Party Complaint against Justin Rosenblatt and Rosenblatt Inc.

# EXHIBIT 1

This message has been scanned for known viruses.

**From:** JUSTIN ROSENBLATT
**To:** brunocondi@aol.com
**Subject:** Re: Dissapointed
**Date:** Mon, 26 Sep 2005 08:54:44 -0400

Bruno, there is no excuse for my not forwarding reports to you. I have rough figures and want to only give you accurate numbers. I have asked Jeff for actual figures, not just "about" numbers. Because of his charity event this weekend, I was unable to talk to him. I will talk this morning and send actual figures. Thanks again for brunch--have a great trip.

Skip

----- Original Message -----
From: brunocondi@aol.com
To: rosenblattinc@worldnet.att.net
Sent: Monday, September 26, 2005 7:28 AM
Subject: Dissapointed

Dear Skip,
I am very dissapointed with the fact that I have been deceived.
You have invented a number of excuses that are quite childish over the last three weeks in an attempt of not providing me with information regarding the sales in.
AT this point, I will not ask anymore, I will wait for the October 15 date of the audited report and I also ask you not to ask me anything as you will not find me available for any requests that are outside of what is clearly writen in the agreement.
Best wishes,
Bruno Condi

http://r04.webmail.aol.com/display-message.aspx                                   10/5/2005

Subject: Fw: Bruno

I will push for exact numbers. Hope your trip is going well

Skip

----- Original Message -----
From: Jeff Green
To: 'JUSTIN ROSENBLATT'
Sent: Thursday, September 29, 2005 1:21 PM
Subject: RE: Bruno

DEAR SKIP:
I HAVE MY ATTORNEY WORKING ON THE CHANGE TO THE ROYALTY ASWELL AS I WILL GET HIM THE VOLUME AS SOON AS I HAVE A FREE MOMENT, AND WILL PUT A SMALL ASIDE FOR HIM TO GIVE FORTUNA. IT HAS BEEN BUSY OVER HERE SINCE WE TRANSITION INTO A NEW SOFTWARE SYSTEM AND IT PROBALY WILL JOT QUIET DOWN UNTIL NEXT WEEK. BY THE TIME YOU TWO COME IN OCTOBER WE SHOULD HAVE EVERYTHING THAT BRUNO WANTS TO YOU.
JEFF

-----Original Message-----
From: JUSTIN ROSENBLATT [mailto:rosenblattinc@worldnet.att.net]
Sent: Thursday, September 29, 2005 5:24 AM
To: Jeff Green
Subject: Fw: Bruno

This was sent Monday

Skip
----- Original Message -----
From: JUSTIN ROSENBLATT
To: Jeff Green
Sent: Monday, September 26, 2005 9:02 AM
Subject: Bruno

Jeff,

Hope your event went well. I had lunch with Bruno yesterday. He is agreeable to change the royalty rate, but would like figures before he agrees to final change. I said we had shipped about 1 million thus far, and we should do about 10 million for the next year. Please advise real numbers so we can finalize this deal. Bruno and I will come to LA to sit with you--hopefully second week of October.

He likes the new line, and would love samples in size small for Fortuna. Pleas get me the hard numbers ASAP.

Hope all is well--talk to you soon.

Skip

http://r01.webmail.aol.com/display-message.aspx

10/18/2005

*This message has been scanned for known viruses.*

**From:** JUSTIN ROSENBLATT
**To:** brunocondi@aol.com
**Subject:** Re: Bruno
**Date:** Thu, 13 Oct 2005 09:02:38 -0400

Bruno,

Welcome home—My father has been here this week, and I took him to my sister's house in East Hampton yesterday—Let's talk tomorrow after the holiday.

Skip

> —— Original Message ——
> From: brunocondi@aol.com
> To: rosenblattinc@worldnet.att.net
> Sent: Wednesday, October 12, 2005 3:00 PM
> Subject: Fwd: Bruno
>
> I am resending it just in case you didn't get the first one...
> Bruno
> -----Original Message-----
> From: brunocondi
> To: rosenblattinc@worldnet.att.net
> Sent: Tue, 11 Oct 2005 18:44:48 -0400
> Subject: Re: Bruno
>
> Hi Skip,
> I am back Milano am still have not received any sales reports.
> Bruno
>
> -----Original Message-----
> From: JUSTIN ROSENBLATT <rosenblattinc@worldnet.att.net>
> To: brunocondi@aol.com
> Sent: Fri, 30 Sep 2005 10:08:19 -0400
> Subject: Re: Bruno
>
> that is true—after seeing reports—then we talk
>
> Skip
>
>> —— Original Message ——
>> From: brunocondi@aol.com
>> To: rosenblattinc@worldnet.att.net
>> Sent: Friday, September 30, 2005 9:58 AM
>> Subject: Re: Bruno
>>
>> Dear Skip,
>> As far as I concerned, no sales reports were received and no negotiations took place. I want to be clear as I have always been. I see no reason for any attorney to change an agreement when nothing was decieded upon.
>> Bruno
>>
>> -----Original Message-----
>> From: JUSTIN ROSENBLATT <rosenblattinc@worldnet.att.net>
>> To: Bruno Condi <brunocondi@aol.com>
>> Sent: Thu, 29 Sep 2005 13:41:05 -0400

This message has been scanned for known viruses.

**From:** JUSTIN ROSENBLATT
**To:** brunocondi@aol.com
**Subject:** Re: Sales Reports
**Date:** Tue, 18 Oct 2005 08:54:04 -0400

Hopefully this will get things moving—All I can do is apologize for Jeff.
Did you know the girl that was found in your neighborhood—keep you doors locked

Skip

----- Original Message -----
From: brunocondi@aol.com
To: rosenblattinc@worldnet.att.net
Sent: Monday, October 17, 2005 6:21 PM
Subject: Sales Reports

Hi Skip,
I did not get any sales reports even today.

I think that by now Internet connections have been fixed in your building, programs have been installed at Ziari in LA, fax machines are working, etc. and it is beyod the date in which the reports were supposed to come in (October 15). It is a shame that the agreement is breached at the very first opportunity. I will not go to LA and not discuss any matter untill I see the sales report, the payment of the royalties for the period ending in October 15 and the orders for the period ending on March 15, 2006.

I am sorry, but enough is enough,
Bruno

http://r01.webmail.aol.com/display-message.aspx                                    10/18/2005