# E-Mail Exchange During April and May 2006

# Annexed as Exhibit 2 to Third-Party Complaint against Justin Rosenblatt and Rosenblatt Inc.

# EXHIBIT 2

From: Jeff Green
To: 'JUSTIN ROSENBLATT'
Sent: Friday, April 28, 2006 7:58 PM
Subject: RE: Bruno

WE HAVE NOT DONE ANYTHING.
I WILL HAVE IT DONE THE WEEK OF 5/8/06. THIS IS THE BEST I CAN DO.
JEFF

-----Original Message-----
From: JUSTIN ROSENBLATT [mailto:rosenblattinc@worldnet.att.net]
Sent: Friday, April 28, 2006 2:51 PM
To: Jeff Green
Subject: Re: Bruno

Jeff,

Bruno called—he did not receive anything—Did Darrell ever do anything—I'm here all weekend and off to FL Monday afternoon. Hope all is well—When is graduation

Skip

----- Original Message -----
From: Jeff Green
To: 'JUSTIN ROSENBLATT'
Sent: Thursday, April 20, 2006 5:56 PM
Subject: RE: Bruno

I WILL HAVE DARRELL TAKE CARE OF THIS NEXT WEEK.
JEFF

-----Original Message-----
From: JUSTIN ROSENBLATT [mailto:rosenblattinc@worldnet.att.net]
Sent: Thursday, April 20, 2006 2:07 PM
To: Jeff Green
Subject: Bruno

Jeff,

I asked last week about the quarterly report for Fortuna—April 15th
Bruno is back from Europe and asked about the report—he is ready to agree to the new terms starting after April 15th
He also wanted to know how sales were going.

Hope all is well—talk to you soon.

Skip

Reminder: AOL will never ask you to send us your password or credit card number in an email. This message has been scanned for known viruses.

**From:** Howard Bader
**To:** brunocondi@aol.com
**Subject:** RE: Bruno
**Date:** Tue, 9 May 2006 15:53:27 -0400

Interesting.

---

From: brunocondi@aol.com [mailto:brunocondi@aol.com]
Sent: Tuesday, May 09, 2006 3:48 PM
To: Howard Bader
Subject: Fwd: Bruno

Here it is,
Bruno

-----Original Message-----
From: JUSTIN ROSENBLATT <rosenblattinc@worldnet.att.net>
To: brunocondi@aol.com
Sent: Mon, 1 May 2006 11:02:15 -0400
Subject: Re: Bruno

I never said you had agreed, I told Jeff that you were considering his offer, but wanted to have all the facts—I have asked him again—why 30 days late.
Have a great trip, we'll talk when you return.

Skip

---- Original Message ----
From: brunocondi@aol.com
To: rosenblattinc@worldnet.att.net
Sent: Saturday, April 29, 2006 8:40 PM
Subject: Re: Bruno

Dear Skip,
Thank you for the update. I am disappointed because, once again, I was promise the sales report by April 15, then by the end of April, etc. and it never came. Evidently even thought I visited Jeff in LA it did not make any difference.
I noticed in your email that you mention that I "am ready to agree to the new terms". I have never said that. I have only said that I am willing to listen and think about it, if and only if I would get the sales report timely, the samples timely and the projections. None of which has happened so I am not even willing to listen at this point in time. Sorry, but you will clearly understand that the basis for a negotiation are just non existing.
Have a great trip to Florid and Japan and we will keep in touch by email.
All the best,
Bruno

-----Original Message-----
From: JUSTIN ROSENBLATT <rosenblattinc@worldnet.att.net>
To: Bruno Condi <brunocondi@aol.com>
Sent: Sat, 29 Apr 2006 13:36:23 -0400
Subject: Fw: Bruno

Sorry not sooner

Skip
---- Original Message ----

http://m01.webmail.aol.com/17385/aol/en-us/mail/display-message.aspx 5/9/2006