# Answer Dated August 15, 2007 Filed by Jeff Green, Ziari International Ltd., US Merchants Financial Group Inc. and The Merchant of Tennis, Inc.

# Annexed as Exhibit 4 to Third-Party Complaint against Justin Rosenblatt and Rosenblatt Inc.

# EXHIBIT 4