# Complaint Filed June 28, 2007

# Annexed as Exhibit 3 to Third-Party Complaint against Justin Rosenblatt and Rosenblatt Inc.

# EXHIBIT 3