# Declaration of Justin (Skip) Rosenblatt Filed July 5, 2007

# Annexed as Exhibit 5 to Third-Party Complaint against Justin Rosenblatt and Rosenblatt Inc.

# EXHIBIT 5