Susan J. Walsh, Esq. (SW 9938)
Chaim Book, Esq. (CB 4652)
Moskowitz & Book, LLP
1372 Broadway, Suite 1402
New York, New York 10018
(212) 221-7999

**Attorneys For Cross-Claim Defendants**
**Nunziata and Metamorphosis, Inc.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FASHION WORLD, LTD.,

                          Plaintiff,                    07 Civ. 6108 (PKC)

     -   against –

JEFF GREEN, ZIARI INTERNATIONAL, Ltd.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA              CROSS-CLAIM DEFENDANTS
NUNZIATA and METAMORPHOSIS, INC.,               STATEMENT OF INITIAL
                                                DISCLOSURE PURSUANT TO
                          Defendants.           Rule 26(a)(1)

 and

DARRYL MAYNARD, PING LEUNG and
ALEX CHANG,

Additional Cross-Claim Defendants

and

Bruno Condi and Fortuna Valentino,

Additional Counterclaim Defendants.

**CROSS-CLAIM DEFENDANTS LISA NUNZIATA AND METAMORPHOSIS,
INC.'S STATEMENTS OF INITIAL DISCLOSURE**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Cross-Claim
Defendants Lisa Nunziata and Metamorphosis Inc., by counsel, hereby provide their
initial disclosures to Cross-Claim Plaintiffs.

## Reservation of Rights

1.  These disclosures are based upon the limited information reasonably available
    to Cross-Claim Defendants as of the date they were prepared, and in advance
    of entry of a discovery schedule by the Court. Cross-Claim Defendants
    reserve the right to supplement or revise the information contained herein
    when and if additional information becomes known to it at some later date.

2.  These initial disclosures are not intended to and do not constitute a waiver of
    any objections Cross-Claim Defendants may have, now or in the future, to any
    discovery in this action.  Cross-Claim Defendants expressly reserve any and
    all objections that it had, has, or may ever have including  but not limited to,
    objections based upon: a) relevance; b) attorney-client privilege; c) attorney
    work-product; d) any other applicable privilege or protection under federal or
    state law; d) undue burden or harassment; f) immateriality; and/or g) over-
    breadth.

3.  Cross-Claim Defendants expressly reserve the right to identify or call as
    witnesses individuals in addition to those identified herein, and to identify
    additional documents, if Cross-Claim Defendants discover that such
    individuals have or might have knowledge of matters not known by the
    individuals identified herein and relevant to this action or that such additional
    documents relevant to this action.  Cross-Claim Defendants also reserve the
    right to call as witnesses individuals in addition to those identified herein to
    the extent such witnesses are required to authenticate an exhibit offered into
    evidence or to establish the chain of custody of an exhibit offered into
    evidence.

4.  Any or all of these initial disclosures are made subject to and without limiting
    any of the foregoing reservations of rights.

## A. Individuals Likely to Have Discoverable Information

Compiling a list of everyone who might have discoverable information is not possible,
and beyond the requirements of Rule 26(a)(1)(A). In addition, Cross-Claim Defendants
may present the testimony of an expert and presently unknown third-parties, but has not
yet determined who its experts or the third-parties will be.  Cross-claim Defendants will
disclose information concerning its experts, if any, in accordance with the Court's Pre-
trial Schedule. The individuals (to the extent currently known by Cross-Claim
defendants) likely to have discoverable information regarding the disputed facts alleged
with particularity in the pleadings are:

    1)Bruno Condi and Fotuna Valentino
    c/o  Susan Schneiderman, Esq.
    Ballon Stoll Bader & Nadler, P.C.

1450 Broadway
New York, New York 10018

1) Daryl Maynard
   c/o Wanda Borges, Esq.
   Borges & Associates, LLC
   575 Underhill Blvd., Ste. 110
   Syosset, New York 11791

2) Jeff Green – Defendant,
   8737 Wilshire Blvd,
   Beverly Hills, CA 90211
   c/o Stuart Blander Esq.
   Heller, Horowitz & Feit, P.C.
   292 Madison Ave.,
   New York, New York 10017

3) Thomas Cahill
   440 Alabama Street
   San Francisco, CA 94110

4) Skip Rosenblatt
   145 E 92nd Street
   New York, New York 10128

5) Ping Lueng
   6/FBonsun Ind Bldg
   364-366 Sha Tsui Road
   Hong Kong, China

6) Alex Chang
   6/FBonsun Ind Bldg
   364-366 Sha Tsui Road
   Hong Kong, China

B. Documents Relevant To Disputed Facts Alleged In Pleadings

It is impossible at this early stage in the litigation for Cross-Claim Defendants to identify every document that supports its defenses. Accordingly, what follows are categories of documents located in the possession, custody or control of Cross-Claim Defendants and/or its counsel that Cross-Claim Defendants presently believe may support their defenses in this case. Cross-Claim Defendants reserve the right to supplement this list as discovery in the case proceeds.

Purchase Order Forms

Correspondence Between Fashion World and Metamorphosis. Inc.

Contracts/draft contracts between Metamorphosis and Fashion World, Inc.

Appointment Books/Calendars belonging to Metamorphosis

C. Computation of Damages

Cross-claim defendants are not seeking damages.

D. Insurance

Cross-claim Defendants do not have insurance for the claims in this case.

Dated: New York, New York
November 30, 2007, 2007
MOSKOWITZ & BOOK, LLP
By:_____
Susan J. Walsh  (SW 9938)
Attorneys for Defendants
1372 Broadway, 14th Floor
New York, New York 10018
(212) 221-7999

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

FASHION WORLD, LTD.,

                          Plaintiff,          07 Civ. 6108 (PKC)

    - against -

JEFF GREEN, ZIARI INTERNATIONAL, Ltd.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHOSIS, INC.,          **AFFIDAVIT OF SERVICE**

                          Defendants.

    and

DARRYL MAYNARD, PING LEUNG and ALEX
CHANG,

          Additional Cross-Claim
          Defendants,

    and

Bruno Condi and Fortuna Valentino,

          Additional Counterclaim
          Defendants.

-------------------------------------------------------------

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

        BRENDA G. BENNETT, hereby declares under penalty of
perjury:  I am not a party to this action, am over the age of 18
years, and reside in Bronx County County, New York State.  On the
30th day of November, 2007, I served, via filing through the
Court's ECF system, a true copy of the foregoing Cross-Claim
Defendants Nunziata and Metamorphosis, Inc.'s Initial Disclosure
Pursuant to Rule 26(a)(1), upon:

Stuart Arlin Blander, Esq.          Susan Schneiderman, Esq.
Heller, Horowitz & Feit, P.C.       Vano Haroutunian, Esq.
292 Madison Avenue                  Ballon, Stoll, Bader and Nadler
New York, NY 10017                  1450 Broadway
                                    New York, NY 10018

Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Boulevard
Syosset, NY 11791


_____
BRENDA G. BENNETT


Sworn to before me this
30th day of November, 2007


_____
            Notary Public

Philip A. Ponterio
Notary Public, State of New York
No. 01PO6175176
Qualified in Richmond County
Commission Expires October 9, 2011

2