UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FASHION WORLD, LTD.,

                Plaintiff,                Index No.: 07-CV 6108(PKC)

   -against-                        **RULE 26(A) DISCLOSURE**

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,
US MERCHANTS FINANCIAL GROUP, IN.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHISIS, USA.

                Defendants.

   -and-

DARRYL MAYNARD, PING LEUNG and
ALEX CHANG,

                Additional Cross-Claim
                Defendants,

   -and-

BRUNO CONDI and FORTUNA VALENTINO,

                Additional Counterclaim
                Defendants.
------------------------------------------------------------X

      Additional Cross-Claim Defendant DARYL MAYNARD (incorrectly named herein as Darryl Maynard), by his attorneys Borges & Associates, LLC, in accordance with the Federal Rules of Civil Procedure Rule 26(a) state as follows:

      (1) *<u>Initial disclosures.</u>*

           (A)    DARYL MAYNARD

           For information regarding transactions between and among Daryl Maynard, individually and through his now defunct corporate entity Luxury Merchandise Corp., The Merchant of Tennis, Inc., US Merchants Financial Group, Inc. and Jeff Green

It is unknown at this time, who else might have discoverable information.

(B) The following is the list of discoverable documents currently in possession of Daryl Maynard:

a)  2007 Outstanding Commissions
b)  2007 Factory Orders
c)  2006 Commissions
d)  2006 Factory Orders
e)  2005 Commissions
f)  2005 Factory Orders

If and as other documents become available, they will be disclosed.

(C) Cross-Claim Defendant DARYL MAYNARD is not seeking damages in this suit. However, there is an outstanding account receivable due to Daryl Maynard from Jeff Green, US Merchants Financial Group, Inc. and The Merchant of Tennis, Inc. which is anticipated to be the subject of a separate lawsuit.

(D) Not applicable.

(2) *Disclosure of Expert Testimony.*

(A-C) Cross-Claim Defendant DARYL MAYNARD has not retained the services of an expert. Should an expert be retained, all information regarding the expert will be provided.

(3) *Pretrial Disclosures.*

(A) At present, Daryl Maynard is the only witness anticipated to testify on his behalf at trial. During the course of discovery, if other witness are determined, they will be disclosed

Dated: Syosset, New York
       November 30, 2007

BORGES & ASSOCIATES, LLC

By:  __s/ Wanda Borges _____
     Wanda Borges (wb4904)
     575 Underhill Blvd.
     Syosset, NY 11791
     Counsel for Cross-Claim Defendant
     DARYL MAYNARD

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing *Rule 26(a) Disclosures* was served upon the following parties electronically on this 30*th day of November, 2007*:

Stuart Blander, Esq.
Heller, Horowitz, and Feit, P.C.
292 Madison Avenue
New York, NY 10017
Attorney for the Green Defendants

Susan Schneiderman, Esq.
Richard Turyn, Esq.
Ballon Stoll Bader and Nadler, P.C.
1450 Broadway
New York, NY 11018
Attorneys for Plaintiff

Susan J. Walsh, Esq.
Chaim Book, Esq.
Moskowitz & Book
1372 Broadway, Suite 1402
New York, NY 10018
Attorney for Defendants Nunziata and Metamorphosis, Inc.

                              By:   s/ Wanda Borges
                                            Wanda Borges