LgMitch/Fashion World vs. Jeff Green et al Rule 7.1 Statement
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FASHION WORLD, LTD.,

                              Plaintiff,

            v.

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMOR PHOSIS, INC.

                              Defendants.

and Third-Party Action

Case No. 07-CV-6108

**RULE 7.1 STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for third party defendant Rosenblatt, Inc. (a private non-governmental party) certifies that

the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly

held:

        NONE

**Date:**   December 31, 2007

                              s/ Mitchell Shenkman, Esq.
                              **Signature of Attorney**
                              **Attorney Bar Code:** MS 4493
                              The Abramson Law Group, PLLC
                              570 Lexington Avenue, 23rd Floor
                              New York, New York 10022
                              (212) 686-4401