AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

FASHION WORLD, LTD.,

　　　　　　　　　　　　　　Plaintiff,                    **APPEARANCE**

　　　　v.

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,
US MERCHANTS FINANCIAL GROUP, INC.,          Case Number: 07-CV-6108-PKC
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMOR PHOSIS, INC.

　　　　　　　　　　　　　　Defendants.

　　　and Third-Party Action

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FOR THIRD PARTY DEFENDANTS JUSTIN L. ROSENBLATT, JR. a/k/a SKIP ROSENBLATT and ROSENBLATT, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/3/2008 | *[signature]* |
| Date | Signature |
| | MITCHELL SHENKMAN       MS 4493 |
| | Print Name       Bar Number |
| | THE ABRAMSON LAW GROUP, PLLC |
| | 570 LEXINGTON AVENUE, 23RD FLOOR |
| | Address |
| | NEW YORK       N.Y.       10022 |
| | City       State       Zip Code |
| | (212) 686-4401       (212) 686-6515 |
| | Phone Number       Fax Number |