LgMitch/Fashion World vs. Jeff Green et al Rule 26 (a) (1) Disclosure Statement 2-6-2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   07-CV-6108 (PKC)
FASHION WORLD, LTD.,

                    Plaintiff,    **RULE 26 (a) (1)**
                                                           **DISCLOSURE**
    -against-    **STATEMENT**

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA
NUNZIATA and METAMORPHOSIS, INC.

                    Defendants,
    -and-

DARRYL MAYNARD, PING LEUNG and
ALEX CHANG,

                    Additional Cross-Claim Defendants,
    -and-

BRUNO CONDI and FORTUNA VALENTINO,

                    Additional Counterclaim Defendants.
------------------------------------------------------------------------X
FASHION WORLD, LTD.,

                    Plaintiff/Counterclaim-Defendant/
                    Third-Party Plaintiff,
    -and-

BRUNO CONDI and FORTUNA VALENTINO,

                    Counterclaim-Defendants/
                    Third-Party Plaintiffs,
    -against-

JUSTIN L. ROSENBLATT, JR., a/k/a SKIP
ROSENBLATT and ROSENBLATT, INC.,

                    Third-Party Defendants.
------------------------------------------------------------------------X

Third-Party Defendants JUSTIN L. ROSENBLATT, JR., a/k/a SKIP ROSENBLATT and ROSENBLATT, INC., by their attorneys, The Abramson Law Group, PLLC, submits the following initial disclosures pursuant to F. R. C. P. Rule 26 (a) (1):

A. <u>Individuals likely to have discoverable information</u>:

(1) Bruno Condi and Fortuna Valentino
c/o Susan Schneiderman, Esq.
Ballon Stoll Bader & Nadler, P.C.
1450 Broadway
New York, New York 10018

(2) Daryl Maynard
c/o Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Avenue
Syosset, New York 11791

(3) Jeff Green
c/o Stuart A. Blander, Esq.
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York, New York 10017

(4) Lisa Nunziata
c/o Susan J. Walsh, Esq.
Moskowitz & Book, LLP
1372 Broadway
New York, New York 10018

(5) Justin L. Rosenblatt, Jr.
c/o Mitchell Shenkman, Esq.
The Abramson Law Group, PLLC
570 Lexington Avenue
New York, New York 10022

These individuals have knowledge of the License Agreement and the performance thereof; and sales, revenues and commissions.

B. <u>Relevant Documents</u>:

1. Drafts of the License Agreement

2. E-mail communications among Bruno Condi, Skip Rosenblatt and Jeff Green.

3. Invoices from Skip Rosenblatt to Fashion World/Bruno Condi.

4. Copies of a commission statement and two checks issued by the Merchant of Tennis.

C. <u>Computation of Damages</u>:

To the extent the Third-Party Defendants are agents of Fashion World, they are entitled to a commission of 10% of the subject sales. To the extent that such commission has not been paid, Third-Party Defendants are entitled to recover such sum from Third-Party Plaintiffs. Third-Party Defendants are not presently in possession of the documents from which one can readily determine the amount of such sales, and the resultant commission due.

D. <u>Insurance</u>:

None

PLEASE TAKE NOTICE that the Third-Party Defendants reserve the right to hereinafter supplement or revise the information contained herein when and if additional information becomes known to them.

Dated: New York, New York
    February 8, 2008

Mitchell Shenkman, Esq. (MS 4493
The Abramson Law Group, PLLC
Attorneys for Third-Party Defendants
570 Lexington Avenue, 23rd Floor
New York, New York 10022
(212) 686-4401

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Rule 26 (a) (1) Disclosure Statement* was served by the undersigned upon the following parties electronically on this 8th day of February, 2008:

Stuart Blander, Esq.
Heller, Horowitz and Feit, P.C.
292 Madison Avenue
New York, New York 10017
Attorneys for the Green Defendants

Susan Schneiderman, Esq.
Ballon Stoll Bader & Nadler, P.C.
1450 Broadway
New York, New York 10018
Attorneys for Plaintiff/Counterclaim-Defendant/
Third Party Plaintiff Fashion World and
Counterclaim Defendants/Third Party
Plaintiffs Condi and Valentino

Susan J. Walsh, Esq.
Chaim Book, Esq.
Moskowitz & Book
1372 Broadway, Suite 1402
New York, New York 10018
Attorneys for Defendants
Nunziata and Metamorphosis, Inc.

Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Blvd.
Syosset, New York 11791
Attorneys for Cross-Claim Defendant
D. Maynard

MITCHELL SHENKMAN