USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FASHION WORLD LTD.,

                              Plaintiff,                           07 Civ. 6108 (PKC)

              -against-                                            ORDER


JEFF GREEN , et al.,
                              Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

              I have Ms. Schneiderman's letter of May 23, 2008 asserting that the Green

defendants have not produced any documents in discovery, despite "[n]umerous requests for

documents." I have Mr. Blander's response of today.  Ms. Schneiderman is directed to

telephone Mr. Blander upon receipt of this Order to arrange a face-to-face, meet and confer

session for no less than one hour in a good faith attempt to resolve or narrow the outstanding

discovery disputes.  Thereafter, if the disputes have not been resolved, counsel for the parties

are directed to submit a joint letter (the "Joint Letter") no later than June 9, 2008 (1) certifying

that they have complied with the foregoing meet and confer requirement; (2) stating each side's

position on the disputed issues; and (3) setting forth the specific relief each side seeks, together

with any citations to case law support.  The text of the discovery requests and the objections, if

any, should be submitted with the Joint Letter.  I will either decide the issue on the basis of the

Joint Letter, schedule a hearing or conference to resolve the disputes or direct the filing of a

formal motion and briefing.

              The foregoing procedure shall govern all future discovery disputes between or

among any parties to this action.

NAVIGATION

-2-

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 27, 2008

2