729 SEVENTH AVE., NEW YORK, NEW YORK 10019
TEL: 212-575-7900 FAX: 212-764-5080
www.ballonstoll.com

**BALLON STOLL BADER & NADLER, P.C.**
Counsellors at Law                    Founded 1931

Affiliate offices:
Hackensack, New Jersey
Philadelphia, Pennsylvania

# MEMO ENDORSED

*Susan Schneiderman, Esq.*
*Direct Dial: 212-575-7900*
*Extension 215*
*SSchneiderman@Ballonstoll.com*

June 6, 2008

**By Fax: 212-805-7949**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
Room 1310
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

Re:    Fashion World Ltd. v. Jeff Green, et al
Case No.07 CV 0108 (PKC)  6108
Our File No. 13151-45

Dear Judge Castel:

In response to recent correspondence from myself and Stuart Blander, you directed us to meet and confer in an effort to resolve our discovery dispute and to report back to the Court by joint letter no later than June 9, 2008.

Since the date of your Order, Mr. Blander and I have been actively engaged in further settlement negotiations. We have not had the opportunity as yet to meet "face to face" regarding the discovery disputes, although those issues were indeed discussed. Therefore, we are not prepared as yet to submit the Joint Letter described by the Court. Since both Mr. Blander and I observe the Jewish Festival of Shavuot which falls on June 9 and 10, we are not able to conclude the tasks as directed in your letter until Wednesday, June 11, 2008 at the earliest.

Plaintiff and the Green Defendants therefore respectfully request that the deadline set forth in your May 27 Order be extended to and including June 13, 2008.

Respectfully yours,

*Susan Schneiderman*
Susan Schneiderman

Cc:  All Counsel via e-mail

{00113972;1}

*Application granted
SO ORDERED
/s/ USDJ
6-9-08*