USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FASHION WORLD LTD

                      Plaintiff(s),         07 Civ. 6108 (PKC)

     -against-

JEFF GREEN                             ORDER

                      Defendant(s).

-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

       As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. By _August 28_ 2008, the ~~plaintiff(s)~~ ~~defendant(s)~~ parties shall _submit a Joint Letter on any and all outstanding discovery disputes after a face to face meet and confer. Discovery is otherwise closed._

2. By _September 12_ 2008, the ~~plaintiff(s)~~ defendant(s) **Maynard** ~~parties~~ shall _file his motion to dismiss on lack of personal jurisdiction. The Green parties may respond by September 24. Defendant Maynard may reply by October 7._

-2-

      3.

      4.

      5.

      6.    The next conference in this matter will be held on October 31, 2008 at 11:30 am.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
8-4-08