180925.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X     07-CV-6108
FASHION WORLD, LTD.,

       Plaintiff,

-against-

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,
US MERCHANTS FINANCIAL GROUP, INC.,   ORDER ~~AND~~
THE MERCHANT OF TENNIS, INC., LISA         ~~STIPULATION~~
NUNZIATA and METAMORPHOSIS, INC.,

       Defendants,

-and-

DARRYL MAYNARD, PING LEUNG and ALEX CHANG,

       Additional Cross-Claim Defendants,

-and-

BRUNO CONDI and FORTUNA VALENTINO,

       Additional Counterclaim Defendants.
-------------------------------------------------------X
FASHION WORLD, LTD.,

       Plaintiff/Counterclaim-Defendant/Third-Party Plaintiff,
-and-

BRUNO CONDI and FORTUNA VALENDINO,

       Counterclaim-Defendants/Third-Party Plaintiffs,

-against-

JUSTIN L. ROSENBLATT, JR., a/k/a SKIP
ROSENBLATT and ROSENBLATT, INC.,

       Third-Party Defendants.
-------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

1

After hearing from all parties at a pretrial conference on August 4, 2008 and in light of the settlement of all claims asserted between and among plaintiff Fashion World Ltd., additional counterclaim defendants Bruno Condi and Fortuna Valentino (the "Fashion World Parties"), defendants Jeff Green, Ziari International, Ltd., U.S. Merchants Financial Group, Inc. and The Merchant of Tennis (collectively, the "Green Parties"), and Justin L. Rosenblatt, Jr. and Rosenblatt Inc (the "Rosenblatt Parties"), it is stipulated ordered pursuant to Rule 41 of the Federal Rules of Civil Procedure as follows:

1. All claims asserted by plaintiff against the Green Parties are hereby dismissed with prejudice and without costs;

2. All claims asserted by the Fashion World Parties against the Rosenblatt Parties are hereby dismissed with prejudice and without costs;

3. All claims asserted by the Rosenblatt Parties against the Fashion World Parties are hereby dismissed with prejudice and without costs.

4. All claims asserted by the Green Parties against the Fashion World Parties are hereby dismissed with prejudice and without costs.

Dated: New York, New York
August 4, 2008

SO ORDERED:

_____
U.S.D.J.

2