Castel, J

180925.3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X          07-CV-6108 (PKC)

FASHION WORLD, LTD.,

              Plaintiff,

     -against-

JEFF GREEN, ZIARI INTERNATIONAL, LTD.,
US MERCHANTS FINANCIAL GROUP, INC.,
THE MERCHANT OF TENNIS, INC., LISA          STIPULATION OF
NUNZIATA and METAMORPHOSIS, INC.,          <u>DISCONTINUANCE</u>

           Defendants,

     -and-

DARRYL MAYNARD, PING LEUNG and ALEX CHANG,

          Additional Cross-Claim Defendants,

     -and-

BRUNO CONDI and FORTUNA VALENTINO,

          Additional Counterclaim Defendants.
------------------------------------------------------X
FASHION WORLD, LTD.,

          Plaintiff/Counterclaim-Defendant/Third-Party Plaintiff,
     -and-

BRUNO CONDI and FORTUNA VALENDINO,

          Counterclaim-Defendants/Third-Party Plaintiffs,

     -against-

JUSTIN L. ROSENBLATT, JR., a/k/a SKIP
ROSENBLATT and ROSENBLATT, INC.,

          Third-Party Defendants.
------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

1

180925.3

IT IS HEREBY STIPULATED AND AGREED, by and among defendants Jeff Green,

Ziari International, Ltd., U.S. Merchants Financial Group, Inc. and The Merchant of Tennis

(collectively, the "Green Parties"), defendants Lisa Nunziata and Metamorphosis, Inc. (the

"Nunziata Parties"), and additional cross-claim defendant Darryl Maynard ("Maynard"),

constituting all of the remaining parties to this action, that pursuant to Rule 41 of the Federal

Rules of Civil Procedure, all claims asserted by the Green Parties against the Nunziata Parties

and Maynard are hereby discontinued without prejudice and without costs, disbursements or

legal fees to any party.

    This Stipulation may be signed in counterparts, by fax and/or by email.

Dated: New York, New York
      August 19, 2008

**HELLER, HOROWITZ & FEIT, P.C.**

By: _____
      Stuart A. Blander (SB-2510)
    292 Madison Avenue
    New York, New York 10017
    (212) 685-7600
    *Attorneys for the Green Parties*

**BORGES & ASSOCIATES, LLC**

By: _____
    Wanda Borges (WB-4904)
    575 Underhill Boulevard
    Syosset, New York 11791
    (516) 677-8200
    *Attorneys for Darryl Maynard*

**MOSKOWITZ & BOOK LLP**

By: _____
    Susan J. Walsh (SW-9938)
    1372 Broadway
    New York, New York 10018
    (212) 221-7999
    *Attorneys for the Nunziata Parties*

2

1809253

IT IS HEREBY STIPULATED AND AGREED, by and among defendants Jeff Green,

Ziari International, Ltd., U.S. Merchants Financial Group, Inc. and The Merchant of Tennis

(collectively, the "Green Parties"), defendants Lisa Nunziata and Metamorphosis, Inc. (the

"Nunziata Parties"), and additional cross-claim defendant Darryl Maynard ("Maynard"),

constituting all of the remaining parties to this action, that pursuant to Rule 41 of the Federal

Rules of Civil Procedure, all claims asserted by the Green Parties against the Nunziata Parties

and Maynard are hereby discontinued without prejudice and without costs, disbursements or

legal fees to any party.

This Stipulation may be signed in counterparts, by fax and/or by email.

Dated: New York, New York          **HELLER, HOROWITZ & FEIT, P.C.**
August ___, 2008

By: _____
        Stuart A. Blander (SB-2510)
        292 Madison Avenue
        New York, New York 10017
        (212) 685-7600
        *Attorneys for the Green Parties*


**BORGES & ASSOCIATES, LLC**

By: _____
        Wanda Borges (WB-    )
        575 Underhill Boulevard
        Syosset, New York 11791
        (516) 677-8200
        *Attorneys for Darryl Maynard*


**MOSKOWITZ & BOOK LLP**

By: _____
        Susan J. Walsh (SW-9938)
        1372 Broadway,
        New York, New York 10018
        (212) 221-7999
        *Attorneys for the Nunziata Parties*

2

U.S.D.J.

8-25-08